UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| NETCHOICE,<br><br>    *Plaintiff*,<br><br>    v.<br><br>ALAN WILSON, in his official capacity as the South Carolina Attorney General,<br><br>    *Defendant*. | Civil Action No. 3:26-cv-00543 |

## **PLAINTIFF NETCHOICE'S MOTION FOR PRELIMINARY INJUNCTION**

NetChoice respectfully moves for a preliminary injunction against South Carolina's Age-Appropriate Code Design Act, HB 3431 ("Act"), which took effect on February 5, 2026. As set forth in the accompanying memorandum of law, the Act is unlawful on multiple grounds. It violates the First Amendment to the United States Constitution, requiring radical changes to how websites speak and the speech they can publish. It is unconstitutionally vague under the Fifth and Fourteenth Amendments because it turns on amorphous, subjective standards that fail to give fair notice of what is required, and it encourages seriously discriminatory enforcement. It conflicts with, and is preempted by, two federal laws, Section 230 of the Communications Decency Act, 47 U.S.C. § 230, and the Children's Online Privacy Protection Act, 15 U.S.C. 6501, *et seq*. It violates the negative command of the Commerce Clause that States cannot regulate or unduly burden interstate commerce. And it became law without providing *any* opportunity for regulated entities to comply, much less a reasonable opportunity, as due process requires.

NetChoice members face immediate and irreparable harm absent preliminary relief—as do their users, and countless other websites across the Internet. *See* Cleland Decl. ¶¶ 33-73; Weber

Decl. ¶¶ 60-101; Paolucci Decl. ¶ 28-105; Roin Decl. ¶¶ 13-21; Baird Decl. ¶¶ 24-34, 37-41. And a preliminary injunction is in the public interest.

On February 11, 2026, counsel for NetChoice informed the South Carolina Solicitor General, Thomas T. Hydrick, that NetChoice intended to file this motion for preliminary injunctive relief. Mr. Hydrick acknowledged that notification. Defendant opposes the motion.

WHEREFORE, for the reasons stated in the accompanying memorandum of law and declarations, Plaintiff NetChoice respectfully requests entry of a preliminary injunction and such other and further relief the Court deems necessary and proper.

Dated: March 9, 2026

Respectfully submitted,

/s/ Lucy Dinkins

Serena M. Orloff*
Scott A. Keller*
Jeremy E. Maltz*
Jonathan E. DeWitt*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW,
 Suite 700
Washington, DC 20001
Telephone: (512) 693-8350
serena@lkcfirm.com
scott@lkcfirm.com
jeremy@lkcfirm.com
jdewitt@lkcfirm.com

Joshua P. Morrow*
LEHOTSKY KELLER COHN LLP
7500 Rialto Blvd.
 Suite 1-250
Austin, TX 78735
Telephone: (512) 693-8350
josh@lkcfirm.com

*pro hac vice

Lucy Dinkins (Fed I.D. # 11961)
James H. May (Fed I.D. # 11355)
Kathleen M. Stoughton
 (Fed I.D. # 12161)
WYCHE, P.A.
807 Gervais Street, Suite 301
Columbia, SC 29201
Telephone: (803) 254-6542
Facsimile: (803) 254-6544
jmay@wyche.com
ldinkins@wyche.com
kstoughton@wyche.com