UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| NETCHOICE,<br><br>    *Plaintiff*,<br><br>    v.<br><br>ALAN WILSON, in his official capacity as the South Carolina Attorney General,<br><br>    *Defendant*. | Civil Action No. 3:26-cv-00543 |

**DECLARATION OF LIBBY ROIN IN SUPPORT OF**
**PLAINTIFF NETCHOICE'S MOTION FOR PRELIMINARY INJUNCTION**

1

I, Libby Roin, declare as follows:

1.     I am Chief Executive Officer of Goodreads. I am over the age of 18 and am competent to make the statements herein. I make this declaration from personal knowledge, information relayed to me by Goodreads staff, and a review of Goodreads' records kept in the ordinary course of business.

2.     Goodreads is the world's largest site for readers and book recommendations. Its mission is to help people discover books they love and get more out of reading. Goodreads is owned by Amazon.

3.     Goodreads was started in 2006 as a website where users could create and share virtual bookshelves to track books they had read, were reading, or planned to read; post book ratings and reviews; and engage in discussions about books with other users. These user-generated reviews and the ability to track reading continue to be the main draw for Goodreads users. Goodreads also now provides personalized book recommendations to its users based on books they have previously "shelved" or reviewed, offers special functionalities for authors, and publishes original content to the Goodreads News and Interviews page.[1]

4.     Goodreads is free to users, all of whom are subject to Goodreads' Terms of Service and must be 13 years of age or older to access the services users need to register for a Goodreads account to post their own ratings, reviews, and comments; to track reading and add books to digital bookshelves; to connect with friends to share reading lists and participate in private discussions; and to "follow" verified authors and other readers. It is not necessary for users to create or log in to a Goodreads account to access book reviews, book pages, blogs, and other

---

[1] *See, e.g.*, Cybil, *Matt Haig on the Magic of Redemptive Literary Journeys*, Goodreads (Aug. 29, 2024), https://perma.cc/49V6-GSB7.

content on the Goodreads site.

5. Goodreads facilitates discussion not only among adult readers, but also among teen readers who are still developing their love of reading.

6. One of the popular genres on Goodreads is "Young Adult," which describes books that span the entire spectrum of fiction genres but are "written for, published for, or marketed to adolescents and young adults, roughly ages 13 to 18."[2] The individual titles on Goodreads with which users engage most frequently include, among others, *Harry Potter and the Sorcerer's Stone*, *The Hunger Games*, *Twilight*, and *The Fault in Our Stars*—all young adult novels. *Harry Potter and the Sorcerer's Stone* has more than 11.4 million ratings on Goodreads.

7. Many teachers and school librarians use Goodreads with students to inspire a love of reading.[3] One teacher in Massachusetts said her "students love to watch their own progress [on Goodreads], updating their reading every time they read" in class, which "often spins into reading at home. And I love encouraging them by liking their status updates."[4]

8. Teachers can also encourage students to set goals for themselves through the Goodreads Reading Challenge. One school librarian reported that she asks students to use the Goodreads Reading Challenge to challenge themselves to read more books each year, resulting in one student setting "herself a goal of reading 100 books" and "smash[ing] that by managing 110!"[5]

9. Goodreads also facilitates peer-to-peer recommendations among teen readers, with less prolific readers able to benefit from the suggestions of their book-loving classmates. A California teacher said that she observed "students who are light readers friending students who

---

[2] *See* Goodreads, Genres: Young Adult, https://perma.cc/CF6Z-QHE5.
[3] Cybil, *6 Tips for Teachers to Use Goodreads in the Classroom* (Aug. 7, 2017), https://perma.cc/UF87-ADSR.
[4] *Id.*
[5] *Id.*

3

are heavy readers," with the heavy readers "recommending books to [the lighter readers] and they are picking them up."[6]

10. Teachers can also use Goodreads to facilitate and extend classroom activities and craft innovative homework assignments. For example, teachers can set up private book discussions for their classrooms, have students write book reviews on Goodreads, and encourage students to analyze existing reviews to learn how to write effective critiques.

11. Teachers and librarians also use Goodreads to share their own love of reading with students and encourage students to connect among themselves. For example, the librarian quoted in paragraph 9 above described how she used Goodreads to comment on students' reading "progress and they on mine. They will send me a message or a recommendation and it's a great way to encourage their love of reading."[7] The librarian described Goodreads as particularly "valuable for our advanced readers in year 7 and 8. It means that they can talk with the older students about books even though they may not get to see them at school."[8]

## South Carolina's Age-Appropriate Code Design Act

12. I understand that South Carolina's Age-Appropriate Code Design Act (the "Act") has taken effect and applies to certain online services that are "reasonably likely to be accessed by minors." S.C. Code § 39-80-10(4)(a).

13. The Act has significant, negative consequences for Goodreads users. First, the Act's requirement that covered online services must exercise "reasonable care" in the design and operation of the service to prevent, among other "harm[s]," "anxiety" and "severe emotional distress," is difficult to implement and would require our website to censor speech. *See* § 39-80-

---

[6] *Id.*
[7] *Id.*
[8] *Id.*

20(A)(2)-(3). This provision could be read to require Goodreads to restrict teen users from accessing information about certain books based on those books' content. Although Goodreads expends substantial resources to create a safe and welcoming community, given the millions of titles listed on the site, it would be an extraordinary undertaking for Goodreads to attempt to evaluate the potential effect each book or even each genre as a whole might have on any given user. It is also impossible to determine whether banning access to information about a book would be considered exercising "reasonable care" under the Act. § 39-80-20(A).

14.     Goodreads is therefore concerned that the Act, which can be read to require the service to limit or ban access to information about particular books, infringes on Goodreads's First Amendment right to offer—and users' right to access—book reviews, recommendations, and discussions.

15.     Second, the Act's profiling restrictions under § 39-80-40(F) could compel Goodreads to stop recommending books to minor users based on those minor readers' past activity on the site—recommendations that currently draw on factors such as books a user has reviewed, genres they enjoy, and reading patterns among users who have read similar titles. Similarly, the Act's personalization restrictions, § 39-80-30(B), can be read to prohibit Goodreads from recommending books based on previous books liked. Goodreads's recommendation feature is a major draw to its service; users get to expand their reading horizons through Goodreads recommendations.

16.     Third, the Act's restrictions on certain design features such as "likes" or comments on content, § 39-80-30(A), (C), may require Goodreads to turn off those features for teen users. Disabling those features will reduce teen readers' ability to engage with and discuss books on the Goodreads site. Goodreads currently allows users to freely review books (which we'd now

have to restrict) and it allows users to join Groups, which include discussion board where users can chat about the books.

17.     Implementing any of these three requirements will all require Goodreads to drastically redesign our website. That will require significant front-end costs in development, testing, implementation and monitoring. All of those costs will be unrecoverable even if the Act is eventually found unlawful.

18.     Fourth, the Act's "audit" requirement will also be costly for Goodreads to implement. § 39-80-70(A). Goodreads will be forced to turn over data implicating the private information of our millions of users to an unidentified and unaccountable third-party "auditor," whose report Goodreads will be required to issue publicly via the Attorney General's website.

19.     In short, the Act requires Goodreads either to redesign all its services to create, test, and implement a specific, limited experience for teen users or to ban them from the website altogether. Goodreads should not be put to that choice.

20.     As a result of the Act, Goodreads may have to ban teen users from using its site altogether to avoid significant liability under the Act's requirements. The result would be fewer Goodreads users and no space on the site for teens. As a consequence, teachers will find it impossible to use Goodreads to promote reading among their students, and teens could not use Goodreads to track and discuss their reading, find new books, and set reading goals. The broader Goodreads community would also be harmed, as fewer users would contribute to the commentary on Goodreads.

21.     Goodreads has worked hard to create tools that encourage and inspire readers, including teens, to read and discuss books and build community around books. But as a result of this Act, Goodreads will be forced to spend resources to review its services and consider whether they

should be changed to mitigate legal risk—changes that may affect teen readers' ability to use Goodreads to discuss books. If Goodreads were to do this, it would reduce young users' ability to engage in discourse about books on Goodreads.

    I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

    Dated: March 9, 2026

*[signature]*

Libby Roin