**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| NETCHOICE, LLC, <br><br> *Plaintiff*, <br><br>    v. <br><br> ALAN WILSON, in his official capacity as South Carolina Attorney General, <br><br> *Defendant*, <br><br> and <br><br> HENRY DARGAN MCMASTER, in his official capacity as Governor of the State of South Carolina, <br><br> *Intervenor-Defendant.* | Civil Action No.: 3:26-cv-543-sal <br><br> **DECLARATION OF DAMON McCOY, PH.D.** |

I, Professor Damon McCoy, Ph.D., declare and state as follows:

1. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction.

**BACKGROUND & QUALIFICATIONS**

2. I am a tenured full professor in the Department of Computer Science and Engineering at New York University's Tandon School of Engineering. I am also the Co-Director of the NYU Center for Cybersecurity, which is the hub for interdisciplinary cybersecurity and privacy research and education. My research has been cited more than 18,000 times, and my h-index, the most common metric for scientific impact, is 110. I have published over 100 peer-reviewed research papers, and my research has received many awards, including four

1

test-of-time awards, which honor academic papers published more than ten years ago that have maintained a significant, long-lasting impact on their field.

3.      I have been conducting research into social media privacy and security for over 15 years and kids' online safety for over ten years. My research focuses on understanding how well security, privacy, and safety features are deployed by large social media companies, such as Google, LinkedIn, Meta, and X (formerly Twitter), actually protect users and how these companies' product design decisions affect the risk of harm to their users. My studies have also audited whether claims about product privacy and safety made by these large social media companies are accurate. During my work, I have consulted for Google and LinkedIn and collaborated with Google and Twitter on research studies focused on analyzing and improving their integrity systems. I have been invited to give research presentations to Google, LinkedIn, and Meta.

4.      My curriculum vitae, which sets forth my experience and credentials in greater detail, is attached as Exhibit A.

5.      I have testified as an expert in the following matters:

a.      For the federal government in *United States v. Gatrel*, No. 2:19-cr-36 (C.D. Cal).

b.      For the Federal Trade Commission in *FTC v. Facebook, Inc.*, No. 20-3590 (D.D.C.).

c.      For New Mexico in *New Mexico v. Meta Platforms, Inc.*, No. D-101-CV-2023-02838 (N.M. 1st Jud. Dist. Ct.).

6.     I am being compensated in the above-entitled case at an hourly rate of $400/hour for preparing this declaration. My compensation is not in any way dependent on the outcome of this or any related proceeding.

7.     The opinions in this declaration are my expert opinions, which are based on my education and training, my peer-reviewed published research and the research of others, my knowledge of relevant technologies (including my reading of the public technical documents offered by NetChoice's members about their capabilities), as well as my reading of the legislation.

**SUMMARY OF OPINIONS**

8.     I have reviewed H. 3431, the South Carolina Social Media Regulation Act ("Act"). This law is necessary to address the realities of modern social media applications, which have often been recklessly designed with little thought to the risks to minors' safety.

9.     NetChoice members have made reckless design choices to engage in privacy-invasive profiling of minors. These choices have harmed minors in various ways, including by recommending that adults whom the company suspected of being child predators connect with minors.

10.     Complying with the Act to avoid this privacy-invasive profiling is both possible and straightforward. The provisions are reasonable and technically feasible to adopt (i.e., the technologies necessary to comply are already in widespread use by NetChoice's members). Compliance with the Act isn't some Herculean engineering feat; it's a straightforward matter of limiting invasive, dangerous tracking vectors and finally incorporating basic safety and privacy heuristics into the design of the covered online services. The industry's reflexive outcry that taking into account minor safety is a "war on innovation" rings hollow when you consider we've

3

already normalized guardrails for online gambling, treating the exclusion of minors not as some digital autocracy, but as a baseline, common-sense safety requirement for an inherently high-risk environment. I believe there are real risks that would be addressed by the Act and that it takes a reasonable approach to children's online safety. Requiring online services to consider the harm they might have on their users seems reasonable and something that we already do for other products. The technologies needed to comply with the Act already exist and are already in widespread use.

**GEOLOCATION IS NOT NECESSARY**

11.     The NetChoice members' insistence that behavioral profiling is a necessary means of monetizing their services is, frankly, a failure of imagination, if not an outright redirection. We need to stop conflating "relevant advertising" with "surveillance capitalism." Contextual advertising proves that you can deliver value without building high-fidelity dossiers on every user; it's the difference between showing a sneaker ad because someone is currently reading a marathon blog versus showing it because you've tracked their GPS coordinates to a podiatrist's office. By mapping ads to the immediate environmental context (that is, the specific page or service being accessed), platforms can drive engagement based on real-time intent rather than historical exploitation. Under the Act, shifting to contextual models isn't just a privacy win; it's a technically trivial pivot that decouples revenue from the systematic harvesting of personal data.

**USERS DO NOT SUFFICIENTLY UNDERSTAND THE PRIVACY ISSUES**

12.     The argument that continued use of services implies a conscious endorsement of privacy-invasive profiling is a classic misreading of user agency in an information vacuum. The reality, backed by empirical research from Tsai, Egelman, Cranor, and other well-respected

academic researchers,[1] is that users can't optimize for privacy if the interface hides the trade-offs. When researchers presented subjects with search results annotated with clear privacy ratings, users, even those previously making choices based solely on price, were willing to pay a literal premium to protect their data. This demonstrates that "consent" in the current "notice and disclosure" regime is a convenient fiction. Without accessible, real-time telemetry on how their data is being harvested, users aren't making a choice. Instead, they're being funneled through a system designed to exploit their lack of visibility. The Act recognizes that the gap between a user's stated privacy preferences and their actual behavior isn't a sign of hypocrisy, but a direct consequence of a design architecture that often obscures the cost of engagement.

13.      Some NetChoice members also employ the argument that their privacy policies and other transparency tools inform users about data collection and provide them with controls to manage data collection and usage. Even if we indulge the fantasy that users actually read these policies, the documents themselves are masterpieces of strategic ambiguity that make informed decision-making a literal impossibility. Under current frameworks like the California Consumer Privacy Act (CCPA),[2] platforms are only required to disclose broad "categories" of third-party data recipients, effectively masking a vast, invisible web of trackers whose specific identities—and subsequent data-handling practices—remain a black box to the consumer. This opacity is further compounded by the trend of "aggregated" policies from NetChoice members,

---

[1] Janice Y. Tsai Serge Egelman, Lorrie Cranor, and Alessandro Acquisti. "The effect of online privacy information on purchasing behavior: An experimental study." Information systems research 22, no. 2 (2011): 254-268.

Serge Egelman, Janice Tsai, Lorrie Faith Cranor, and Alessandro Acquisti. "Timing is everything? The effects of timing and placement of online privacy indicators." In Proceedings of the SIGCHI Conference on Human Factors in Computing Systems, pp. 319-328. 2009.

Julia Gideon, Lorrie Cranor, Serge Egelman, and Alessandro Acquisti. "Power strips, prophylactics, and privacy, oh my!." In Proceedings of the Second Symposium on Usable privacy 28 and security, pp. 133-144. 2006.

[2] https://oag.ca.gov/privacy/ccpa

such as Google, where the data practices for a map application are lumped in with an email service or a search engine,[3] offering a high-level overview that tells you everything and nothing at once. The Act targets this exact lack of granularity, recognizing that a "notice and consent" model is functionally worthless when, as my co-authored research[4] and that of other researchers[5] has found, the "notice" and transparency tools are often designed in ways that obscure the specific usages and downstream third-party destinations of a user's most sensitive information.

**MINORS ARE AT EVEN GREATER RISK**

14.     This data monetization free-for-all is even more concerning when the data comes from minors who are unlikely to understand that this is happening, much less consent to it, but who could potentially face enormous impacts due to future usage and sharing of this data. An example of this negative impact on minors due to how features are designed and invasive profiling of minors is Meta's (a NetChoice member) Instagram service, which includes a feature, "People You May Know," that suggests new accounts to follow by analyzing shared data points such as mutual friends, synced phone contacts, and behavioral profiling data. As I have previously testified to in *FTC v. Meta Platforms*, Meta's internal research found that overall, the People You May Know feature suggested "7% of all follow recommendations to adults were

---

[3] https://policies.google.com/privacy?hl=en-US

[4] Characterizing the usability and usefulness of US ad transparency systems, K Bryson, A Borem, P Moh, O Akgul, L Edelson, T Lauinger, ML Mazurek, D McCoy, B Ur, IEEE Symposium on Security and Privacy (SP), 2025, https://ieeexplore.ieee.org/abstract/document/11023459.

[5] Aleecia M. McDonald and Lorrie Faith Cranor. "The cost of reading privacy policies." Journal of Law and Policy for the Information Society, 4 (2008): 543.

Yuanxiang Li et al. "Online privacy policy of the thirty Dow Jones corporations: Compliance with FTC Fair Information Practice Principles and readability assessment." Communications of the IIMA 12.3 (2012): 5.

Carlos Jensen and Colin Potts. "Privacy policies as decision-making tools: an evaluation of online privacy notices." Proceedings of the SIGCHI Conference on Human Factors in Computing Systems. 2004.

George R. Milne, Mary J. Culnan, and Henry Greene. "A longitudinal assessment of online privacy notice readability." Journal of Public Policy & Marketing 25.2 (2006): 238-249.

minors."[6] Unfortunately, users that Meta flagged as likely "groomers" (i.e., child predators) but had not been suspended were suggested by the People You May Know feature to follow minors at an elevated rate: "27% of all follow recommendations to groomers were minors."[7] Meta's 2019 internal research found that, "We [Instagram] are recommending nearly 4X as many minors to groomers (nearly 2 million minors in the last 3 months). 22% of those recommendations resulted in a follow request."[8] This demonstrates the risks of profiling minors and using that data in ways that are not required by the feature. A friend suggestion feature can function fine without requiring sensitive profiling data.

**COMPANIES MISREPRESENT THEIR DATA COLLECTION PRACTICES**

15.     Another example of privacy and profiling risks is companies' inaccurate representations of the privacy of the data they collect. My co-authored study found that Google and Meta (both NetChoice members) publicly claimed that hashing[9] personally identifiable data, such as phone numbers and addresses, is sufficient for privacy.[10] The claim that hashing protects privacy has been debunked by researchers and the Federal Trade Commission in the past 12 years.[11] Re-identification of a specific person from a hashed email address is trivial when a

---

[6] https://www.ftc.gov/system/files/ftc_gov/pdf/McCoy.pdf, page 39

[7] Id.

[8] Id.

[9] Hashing is a mathematical process that transforms text such as an email address (e.g., user@example.com) into a consistent, fixed-length string of characters (the "hash").

[10] Julia B Kieserman, Athanasios Andreou, Chris Geeng, Tobias Lauinger, Damon McCoy, Tracker Installations Are Not Created Equal: Understanding Tracker Configuration of Form Data Collection, Proceedings on Privacy Enhancing Technologies, 2025, https://crysp.petsymposium.org/popets/2025/popets-2025-0151.pdf.

[11] Levent Demir, Amrit Kumar, Mathieu Cunche, and Cédric Lauradoux. 2017. The pitfalls of hashing for privacy. IEEE Communications Surveys & Tutorials 20, 1 (2017), 551–565.
Ed    Felten.    2012.    Does    Hashing    Make    Data    "Anonymous"? https://www.ftc.gov/policy/advocacy-research/tech-at-ftc/2012/04/does-hashingmake-data-anony mous.

company, such as Google or Meta, already knows your email address (because you have an account). Thus, if a third-party website shares a hashed list of visitors' email addresses with them, Google and Meta can simply hash their own database and find the matches. This allows them to know exactly which specific user visited which external website. My study also found that health websites were likely unwittingly duped into sharing potentially sensitive data with Google and Meta due to incorrect privacy claims in their tracking product documentation.[12] This again highlights the risk to users, especially minors, of these social media services' invasive tracking and profiling practices. The service can be designed and operated without invasive tracking or the collection of sensitive personal information.

16.     The final example is from my co-authored study, where we found that Meta and TikTok (both NetChoice Members) share sensitive information about specific users with advertisers.[13] TikTok, Facebook, and Instagram allow third parties to run targeted advertising campaigns on sensitive attributes. These ads are interactive by default, meaning users can comment or "react" (e.g., "like" or "love") to them. We found that this design choice creates a privacy loophole such that advertisers can view the profiles of those who interact with their ads, thus learning potentially sensitive information about individuals who fulfill certain targeting criteria. A hypothetical example of the harms that could occur from this dangerous design choice would be a child predator who wants to identify minors on Facebook, Instagram, or TikTok. The predator could purchase ads targeted towards 13–17-year-olds and compile a list of minors who

---

FTC. 2024. No, hashing still doesn't make your data anonymous. https://www.ftc.gov/policy/advocacy-research/tech-at-ftc/2024/07/nohashing-still-doesnt-make-your-data-anonymous.

[12] Julia B Kieserman, Athanasios Andreou, Chris Geeng, Tobias Lauinger, Damon McCoy, Tracker Installations Are Not Created Equal: Understanding Tracker Configuration of Form Data Collection, Proceedings on Privacy Enhancing Technologies, 2025, https://crysp.petsymposium.org/popets/2025/popets-2025-0151.pdf.

[13] https://arxiv.org/pdf/2603.03659

commented on the ad. This behavior contradicts the promises made by Meta and TikTok to not share user data with advertisers. In addition, YouTube (another NetChoice member) designed ads in a way that this privacy loophole does not exist. This shows that it is unnecessary to design an ad system in a way that enables this dangerous sharing of potentially sensitive user information with advertisers.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

_____
Damon McCoy, Ph.D.

April 6, 2026

9

# Damon Liwanu McCoy

*New York University*
*Department of Computer Science and Engineering*
 *+1 720-810-3076*
 *mccoy@nyu.edu*
*https://www.damonmccoy.com/*

## Academic Appointments

| | |
|---|---|
| 2024 - Present | Co-Director Center for Cybersecurity, New York University |
| 2023 - Present | Professor, Department of Computer Science and Engineering, New York University |
| 2019 - 2023 | Associate Professor, Department of Computer Science and Engineering, New York University |
| 2015 - 2019 | Assistant Professor, Department of Computer Science and Engineering, New York University |
| 2014 - 2018 | Affiliated Research Staff, International Computer Science Institute |
| 2014 - 2015 | Visiting Research Scientist, Department of Electrical Engineering and Computer Sciences, University of California, Berkeley |
| 2012 - 2015 | Assistant Professor, Department of Computer Science, George Mason University |
| 2009 - 2011 | Post-Doc, University of California, San Diego |

## Education

| | |
|---|---|
| December 2009 | **Ph.D, Computer Science**, *University of Colorado*, Boulder |
| Co-Advisors | Dirk Grunwald and Douglas Sicker |
| Thesis | Quantifying and Improving Wireless Privacy |
| December 2007 | **M.S., Computer Science**, *University of Colorado*, Boulder |
| Advisor | Douglas Sicker |
| Thesis | Anonymity Analysis of Freenet |
| May 1999 | **B.S., Computer Science**, *University of Colorado*, Boulder |

## Funding (my total share \$9 M)

| | |
|---|---|
| Emerson | (Sole PI) Cybersecurity for Democracy (\$200,000), Gift Award 2025 |
| WS | (Sole PI) Cybersecurity for Democracy (\$350,000) Wellspring Philanthropic Fund 2025-2026 |
| HF | (Sole PI) Cybersecurity for Democracy (\$290,493) Hopewell Fund, Gift Award, 2025 |
| DF | (Sole PI) Cybersecurity of Democracy (\$250,000) Democracy Fund 2025-2026 |
| LFF | (PI) Modernizing Section 230 (\$10,000) Lubetzky Family Foundation, Gift award 2025 |

| | |
|---|---|
| Emerson | (Sole PI) Cybersecurity for Democracy ($200,000), Gift Award 2024 |
| LFF | (PI) Modernizing Section 230 ($50,000) Lubetzky Family Foundation, Gift award 2024 |
| WS | (Sole PI) Cybersecurity for Democracy ($350,000) Wellspring Philanthropic Fund 2024-2025 |
| NSF | (PI) Collaborative Research: NSF-DFG: SaTC: CORE: Small: Requirements, Metrics, and Tools for Effective User Transparency ($400,000) 2024-2026 |
| NSF | (Sole PI) Veterans Research Supplement (VRS) ($100,000), 2024 |
| NSF | (Sole PI) Career Life Balance Supplement ($45,000), 2024 |
| Reset | (Sole PI) Cybersecurity of Democracy, $50,000 2023-2024 |
| FordFound | (Sole PI) PETS Travel Funding, $75,000 2023-2026 |
| DF | (Sole PI) Cybersecurity of Democracy ($450,000) Democracy Fund 2023-2025 |
| NSF | (PI) Collaborative Research: SaTC: CORE: Medium: Understanding and Combatting Impersonation Attacks and Data Leakage in Online Advertising ($400,000) 2023-2027 |
| NSF | (PI) Collaborative Research: SaTC: CORE: Medium: Methods and Tools for Effective, Auditable, and Interpretable Online Ad Transparency ($383,395) 2022-2026 |
| DF | (Sole PI) Online Political Advertising Transparency Project ($400,000) Democracy Fund 2020-2022 |
| WS | (Sole PI) Cybersecurity for Democracy ($858,000) Wellspring Philanthropic Fund 2021-2022 |
| Emerson | (PI) Cybersecurity for Democracy ($100,000), Gift Award 2021 |
| NetGain | (PI) Cybersecurity for Democracy ($100,000), Gift Award 2021 |
| Reset | (PI) Political Transparency in German Elections ($37,500) 2021 |
| NSF | (PI) D-ISN: TRACK 1: Collaborative Research: An Interdisciplinary Approach to Understanding, Modeling, and Disrupting Drug and Counterfeit Illicit Supply Chains ($375,000) 2020-2025 |
| Google | (PI) Investigating Online Communities of Intimate Partner Abusers ($24,500), 2020 |
| NSF | (Co-PI) SaTC: CORE: Medium: Collaborative: Threat Intelligence for Targets of Coordinated Harassment ($800,000 My Share $400,000) 2020-2024 |
| FordFound | (Sole PI) PETS Travel Funding, $50,000 2020-2021 |
| NSF | (PI) Student Travel Support: Privacy Enhancing Technology Symposium ($18,000 2020-2021) |
| DF | (Sole PI) Online Political Advertising Transparency Project ($300,000) Democracy Fund 2020-2021 |
| WS | (Sole PI) Online Political Transparency Project ($300,000) Wellspring Philanthropic Fund 2019-2021 |
| Canada | (Sole PI) Type C: Digital Ecosystem Research Challenge, Research Award ($37,822) Government of Canada 2019-2020 |
| FordFound | (Sole PI) PETS Travel Funding, $20,000 2019 |
| NSF | (PI) Student Travel Support: Privacy Enhancing Technology Symposium ($18,000 2019-2020) |

| | |
|---|---|
| DF | (Sole PI) Online Political Advertising Transparency Project ($100,000) Democracy Fund 2019-2020 |
| Lumin | (Sole PI) Online Political Advertising Transparency Project ($175,000) Luminate 2019-2020 |
| NSF | (PI) SaTC: CORE: Medium: Collaborative: Digital Safety and Security for Victims of Intimate Partner Violence ($350,000) 2019-2023 |
| NSF | (PI) CAREER: Cryptocurrency Forensics Tools ($510,000) 2018-2022 |
| NSF | (PI) SaTC: CORE: Small: Collaborative: Understanding and Mitigating Adversarial Manipulation of Content Curation Algorithms, ($241,000 NYU, Co-PI Rachel Greenstadt (Drexel), $250,000) NSF, 2018-2021 |
| NSF | (PI) Student Travel Support: Privacy Enhancing Technology Symposium ($18,000 2018-2019) |
| FordFound | (Sole PI) PETS Travel Funding, $20,000 2018 |
| DHS | (Sole PI) MitigatINg IOt-based DDoS attacks via DNS DHS, $250,000 2018-2022 |
| Google | (PI) Understanding and Mitigating the Use of Spyware in Intimate Partner Violence ($40,000 NYU, Co-PIs Nicola Dell, Thomas Ristenpart, $40,000) |
| CATT | (PI) Understanding the Ecosystem of Streaming Copyright-Infringing Media Kodi Plugins (NYU) $30,000 2017 |
| Comcast | (PI) Understanding the Ecosystem of Streaming Copyright-Infringing Media Kodi Plugins (NYU) $60,000 2017 |
| NSF | (PI) Scalable and Meaningful Threat Intelligence Generation. (NYU) $492,064 2017 |
| CDS | (PI) Semi-supervised NLP Techniques for Automated Cybercrime Forum Analysis (NYU) $25,000 2017 |
| LinkedIn | (PI) Understanding Fraudulent Accounts. (NYU) $25,000 2016 |
| Google | (PI) Junior Faculty Google Security Privacy and Anti-abuse Applied Reward. (NYU) $50,000 2016 |
| QNRF | (NYU PI) Qatar National Research Fund: Enhancing the Performance, Security, and Blocking-Resistance of Anonymous Communication Networks $900,000 (Lead PI: Mashael Al-Sabah $100,000 to NYU). 2016-2017 |
| NSF | (PI) Ideas Lab: Interdisciplinary Pathways towards a Secure Internet. (GMU) $111,816 2013-2014 |
| Google | (PI) Understanding the Business of Traffic Distribution System Services. (GMU) $75,000 2013 |
| General Motors | (PI) Cyber-security Pen Test. (GMU) $241,608 2013-2015 |
| DHS | (Co-PI) DHS Graduate Fellowship Training for Homeland Security. (GMU) $256,336 2012-2017 |
| NSF | (NYU PI) TWC: Frontier: Collaborative: Beyond Technical Security: Developing an Empirical Basis for Socio-Economic Perspectives. Award 1237076 $10,000,000 ($668,050 my share ($316,432 Transferred to NYU)) 2012-2017 |

## Advising

### Graduated Ph.D. Students

Ian Gray, December 2025
Empirical Measurement and Analysis of the Ransomware Ecosystem
First Position: Flashpoint

Bruno Coelho, May 2025 (NYU)
Access to Political Information in Contemporary Digital Communications
First Position: Kensho Technologies

Paz Grimberg, May 2023 (NYU)
Thesis title: Empirical Analysis of Arbitrage Strategies in Centralized Cryptocurrency
Exchanges and its Applications to Decentralized Finance
First Position: Startup Founder

Maxwell Aliapoulios, May 2022 (NYU)
Thesis title: Empirically Measuring Online Adversaries to Promote Tooling for Global
Safety
First Position: Facebook

Laura Edelson, May 2022 (NYU)
Thesis title: Characteristics of Misinformation and Political Content in Online Information
Spaces
First Position: Research Scientist, NYU

Rasika Bhalerao, May 2022 (NYU)
Thesis title: Adversarial "Intended" Usage of Technology and the Need for New Threat
Models Addressing Human Harms
First Position: Instructor, Northeastern University

Periwinkle Doerfler, May 2021 (NYU)
Thesis title: Adversarial "Intended" Usage of Technology and the Need for New Threat
Models Addressing Human Harms
First Position: Facebook

Mohammad Rezaeirad. December 2019 (GMU)
Thesis title: Methods For Reducing Threat Intelligence Pollution
First Position: Blue Cross Blue Shield

Mohammad Karami. May 2016 (GMU)

Thesis title: Understanding and Undermining The Business of DDoS Booter Services

First Position: Google

Sean Palka. December 2015 (GMU)

Thesis title: Automated Test Case Generator for Phishing Prevention using Generative Grammars

First Position: Booz Allen Hamilton

Jason Clark. July 2014 (GMU)

Thesis title: Profiling, Tracking, and Monetizing: An Analysis of Internet and Online Social Network Concerns

First Position: Insider Threat Research, CMU SEI

### Graduated M.S. Students

Cameron Ballard (Co-Advised with Rachel Greenstadt), August 2022 (NYU)

First Position: Co-founder of RadiTube

Prashanth Ramakrishna, May 2021 (NYU)

First Position: Ph.D. Student, University of Virginia

Ryan Brunt, December 2019 (NYU)

First Position: Goldman Sachs

Prakhar Pandey, May 2017 (NYU)

First Position: RSA

Hitesh Dharmdasani. May 2013 (GMU)

Thesis title: Botnets and Crypto Currency - Effects of Botnets on the Bitcoin Economy

First Position: Researcher, FireEye

### Current Ph.D. Students

Elaine Lee, Co-Supervised since 2025

Saja Alsulami, Supervised since 2025

Mitch Haszard, Supervised since 2024

Lexie Barthelemess, Supervised since 2024

Julia Kieserman, Supervised since 2023

Cat Mai, Supervised since 2022

### Undergraduate Research Advising

Dominick Gordon, NSF REU Summer 2025

Michelle Zhou, NSF REU Summer 2024

Natalie Chen, NSF REU Summer 2023

Benjamin Brown, NSF REU Summer 2022

Sachi Parikh, NSF REU Summer 2022, 2023

Shikhar Sakhuja, Summer 2019

Luis Ramirez. NSF REU Summer 2013

Sam Zhang. NSF REU Summer 2013

## Publications (As of July 10, 2025: Google Scholar citations: 17,800, h-index: 55, i10-index: 106)

### Journal Articles and Magazines

**JEPS'25**  Laura Edelson, Dominique Lockett, Celia Guillard, Tobias Lauinger, Zhaozhi Li, Jacob M Montgomery, Damon McCoy, What Drives Perceptions of the Political in Online Advertising?: The Source, Content, and Political Orientation, Journal of Experimental Political Science, 2025

**RecSys'25**  Laura Edelson, Frances Haugen, Damon McCoy, A Comparative Survey Of Algorithmic Feed Recommendation System Designs, ACM Transactions on Recommender Systems, 2025

**PoPETS'25**  Julia B Kieserman, Athanasios Andreou, Chris Geeng, Tobias Lauinger, Damon McCoy, Tracker Installations Are Not Created Equal: Understanding Tracker Configuration of Form Data Collection, Privacy Enhancing Technologies Symposium (PoPETs) 2025

**PoPETS'25**  Cat Mai, Bruno Coelho, Julia Kieserman, Lexie Matsumoto, Kyle Spinelli, Eric Yang, Athanasios Andreou, Rachel Greenstadt, Tobias Lauinger, Damon McCoy, More and Scammier Ads: The Perils of YouTube's Ad Privacy Settings, Privacy Enhancing Technologies Symposium (PoPETs) 2025

**CSCW'25**  Rafael Martinez, Chris Geeng, Damon McCoy, 'It Would Be a Lot Harder for Them to Change Their Mind....They Grew Up in Like a Very Different Time and a Very Different Location': Barriers to Misinformation Corrections in Online Black and Latine Private Spaces, Proceedings of the ACM on Human-Computer Interaction, 2025

**JoTS'25**  Laura Edelson, Borys Kovba, Hanna Yershova, Austin Botelho, Damon McCoy, Tobias Lauinger, Measurement and Metrics for Content Moderation: The Multi-Dimensional Dynamics of Engagement and Content Removal on Facebook, Journal of Online Trust and Safety, 2025

CSCW'24   Kejsi Take, Victoria Zhong, Chris Geeng, Emmi Bevensee, Damon McCoy, Rachel Greenstadt, Stoking the Flames: Understanding Escalation in an Online Harassment Community, Proceedings of the ACM on Human-Computer Interaction, Volume 8, Issue CSCW1

PoPETS'24   Kejsi Take, Jordyn Young, Rasika Bhalerao, Kevin Gallagher, Andrea Forte, Damon McCoy, Rachel Greenstadt, What to Expect When You're Accessing: An Exploration of User Privacy Rights in People Search Websites, Privacy Enhancing Technologies Symposium (PoPETs) 2024

IF'24   Andres Zapata Rozo, Alejandra Campo-Archbold, Daniel Diaz-Lopez, Ian Gray, Javier Pastor-Galindo, Pantaleone Nespoli, Felix Gomez Marmol, Damon McCoy, Cyber democracy in the digital age: Characterizing hate networks in the 2022 US midterm elections, Information Fusion, Volume 110, 2024

PoPETS'23   Enze Liu, Sumanth Rao, Sam Havron, Grant Ho, Stefan Savage, Geoffrey M Voelker, Damon McCoy, No Privacy Among Spies: Assessing the Functionality and Insecurity of Consumer Android Spyware Apps, Privacy Enhancing Technologies Symposium (PoPETs 2023.1) 2023

PLOS'22   Alberto Bracci, Matthieu Nadini, Maxwell Aliapoulios, Damon McCoy, Ian Gray, Alexander Teytelboym, Angela Gallo, Andrea Baronchelli, Vaccines and more: The response of Dark Web marketplaces to the ongoing COVID-19 pandemic, PLOS One, Volume 17, Issue 11, 2022

PoPETS'22   Kejsi Take, Kevin Gallagher, Andrea Forte, Damon McCoy, Rachel Greenstadt, "It Feels Like Whack-a-mole": User Experiences of Data Removal from People Search Websites, 22nd Privacy Enhancing Technologies Symposium (PoPETs 2022.3) 2022

EPJ'21   Alberto Bracci, Matthieu Nadini, Maxwell Aliapoulios, Damon McCoy, Ian Gray, Alexander Teytelboym, Angela Gallo, Andrea Baronchelli, Dark Web Marketplaces and COVID-19: before the vaccine, EPJ Data Science, 2021 [Impact Factor 5.08]

BTLJ'17   Aniket Kesari, Amanda Maya, Chris Hoofnagle, Damon McCoy, Deterring Cybercrime: The Focus on the Intermediaries, 32(3) Berkeley Technology Law Journal 2017. [Top ranked technology law journal by Google Scholar h5-index 22]

JNSLP '16   Zachary K. Goldman and Damon McCoy. Deterring Financially Motivated Cybercrime. Journal of National Security Law and Policy, Vol. 8, No. 3, 2016.

CACM '16   Meiklejohn, Sarah and Pomarole, Marjori and Jordan, Grant and Levchenko, Kirill and McCoy, Damon and Voelker, Geoffrey M. and Savage, Stefan. A Fistful of Bitcoins: Characterizing Payments Among Men with No Names. Communications of the ACM Volume 59 Issue 4, April 2016

;Login '13   Mohammad Karami, Damon McCoy. Rent to Pwn: Analyzing Commodity Booter DDoS Services. USENIX ;login:, Vol. 38, No. 6, December 2013.

;Login '13   Sarah Meiklejohn, Marjori Pomarole, Grant Jordan, Kirill Levchenko, Damon McCoy, Geoffrey M. Voelker, and Stefan Savage. A Fistful of Bitcoins: Characterizing Payments Among Men with No Names. USENIX ;login:, Vol. 38, No. 6, December 2013

TMC '10   Jeffrey Pang, Ben Greenstein, Michael Kaminsky, Damon McCoy, Srinivasan Seshan. Wifi-Reports: Improving Wireless Network Selection with Collaboration. IEEE Transactions On Mobile Computing, Vol. 9 2010. [Impact Factor: 2.28]

Refereed Conference Publication

| | |
|---|---|
| eCrime'25 | From Lamborghinis to Ladas: Empirical Analysis of LockBit's Business Operations, APWG Symposium on Electronic Crime Research (eCrime) 2025 |
| ICWSM'25 | Julia Jose, Chris Geeng, Kediel O Morales, Damon McCoy, Rachel Greenstadt, What?s in a Label? Propaganda Labels and User Sharing Behavior on Social Media Platforms, AAAI Conference on Web and Social Media, 2025 |
| S&P'25 | Kevin Bryson, Arthur Borem, Phoebe Moh, Omer Akgul, Laura Edelson, Tobias Lauinger, Michelle L Mazurek, Damon McCoy, Blase Ur, Characterizing the Usability and Usefulness of U.S. Ad Transparency Systems, IEEE Symposium on Security and Privacy, 2025 |
| PAM'25 | Victor Le Pochat, Cameron Ballard, Lieven Desmet, Wouter Joosen, Damon McCoy, Tobias Lauinger, Partnerka in Crime: Characterizing Deceptive Affiliate Marketing Offers, Passive and Active Measurement, 2025 |
| eCrime'24 | Tom Meurs, Raphael Hoheisel, Marianne Junger, Abhishta Abhishta, Damon McCoy, What To Do Against Ransomware? Evaluating Law Enforcement Interventions, APWG Symposium on Electronic Crime Research (eCrime) 2024 |
| eCrime'24 | Jack Cable, Ian W Gray, Damon McCoy, Showing the Receipts: Understanding the Modern Ransomware Ecosystem, APWG Symposium on Electronic Crime Research (eCrime) 2024 |
| SOUPS'24 | Chris Geeng, Natalie Chen, Kieron Ivy Turk, Jevan Hutson, Damon McCoy, "Say I'm in public... I don't want my nudes to pop up." User Threat Models for Using Vault Applications, Twentieth Symposium on Usable Privacy and Security (SOUPS 2024) |
| CCS'23 | ChangSeok Oh, Chris Kanich, Damon McCoy, Paul Pearce, Cart-ology: Intercepting Targeted Advertising via Ad Network Identity Entanglement, ACM SIGSAC Conference on Computer and Communications Security, 2023 |
| WWW'23 | Bruno Coelho, Tobias Lauinger, Laura Edelson, Ian Goldstein, Damon McCoy, Propaganda Politica Pagada: Exploring U.S. Political Facebook Ads en Espanol, Proceedings of the Web Conference (WWW), 2023 [h5-index 90] |
| ISTAS'22 | Rasika Bhalerao and Damon McCoy, An Analysis of Terms of Service and Official Policies with Respect to Sex Work, IEEE International Symposium on Technology and Society 2022 (ISTAS 2022) |
| CSCW'22 | Rasika Bhalerao, Nora McDonald, Hanna Barakat, Vaughn Hamilton, Damon McCoy, Elissa M. Redmiles, Ethics and Efficacy of Unsolicited Anti-Trafficking SMS Outreach, ACM Conference on Computer-Supported Cooperative Work and Social Computing, Issue CSCW, 2022 [h5-index 58] |
| WWW'22 | Cameron Ballard, Ian Goldstein, Pulak Mehta, Genesis Smothers, Kejsi Take, Victoria Zhong, Rachel Greenstadt, Tobias Lauinger and Damon McCoy, Misinformation Brokers: Understanding the Monetization of YouTube Conspiracy Theories, Proceedings of the Web Conference (WWW), April 2022 [h5-index 90] |
| Security'22 | Victor Le Pochat, Laura Edelson, Tom Van Goethem, Wouter Joosen, Damon McCoy, Tobias Lauinger, An audit of Facebook's political ad policy enforcement, Proceedings of the USENIX Security Symposium, August 2022 [h5-index 81] |

IMC'21   Max Aliapoulios, Kejsi Take, Prashanth Ramakrishna, Daniel Borkan, Beth Goldberg, Jeffrey Sorensen, Anna Turner, Rachel Greenstadt, Tobias Lauinger, Damon McCoy, A Large-Scale Characterization of Online Incitements to Harassment Across Platforms, Proceedings of the ACM Internet Measurement Conference (IMC), October 2021 [h5-index 41]

IMC'21   Laura Edelson, Minh-Kha Nguyen, Ian Goldstein, Oana Goga, Damon McCoy, Tobias Lauinger, Understanding Engagement with (Mis)Information News Sources on Facebook, Proceedings of the ACM Internet Measurement Conference (IMC), October 2021 [h5-index 41]

CSCW'21   Periwinkle Doerfler, Andrea Forte, Emiliano De Cristofaro, Gianluca Stringhini, Jeremy Blackburn, Damon McCoy, "I'm a Professor, which isn't usually a dangerous job": Internet-Facilitated Harassment and its Impact on Researchers, ACM Conference on Computer-Supported Cooperative Work and Social Computing, Issue CSCW, 2021 [h5-index 58]

Security'21   Maxwell Aliapoulios, Cameron Ballard, Rasika Bhalerao, Tobias Lauinger, Damon McCoy, Swiped: Analyzing Ground-truth Data of a Marketplace for Stolen Debit and Credit Cards, Proceedings of the USENIX Security Symposium, August 2021 [h5-index 81]

Oakland'21   Kurt Thomas, Devdatta Akhawe, Michael Bailey, Dan Boneh, Elie Bursztein, Sunny Consolvo, Nicola Dell, Zakir Durumeric, Patrick Gage Kelley, Deepak Kumar, Damon McCoy, Sarah Meiklejohn, Thomas Ristenpart, Gianluca Stringhini, SoK: Hate, Harassment, and the Changing Landscape of Online Abuse, IEEE Symposium on Security and Privacy (Oakland), May 2021 [h5-index 79]

CSCW'21   Rosanna Bellini, Emily Tseng, Nora McDonald, Rachel Greenstadt, Damon McCoy, Thomas Ristenpart, Nicola Dell, "So-called privacy breeds evil": Narrative Justifications for Intimate Partner Surveillance in Online Forums, ACM Conference on Computer-Supported Cooperative Work and Social Computing, Issue CSCW, 2021 [h5-index 58]

IMC'20   Shehroze Farooqi, Alvaro Feal, Tobias Lauinger, Damon McCoy, Zubair Shafiq, Narseo Vallina-Rodriguez, Understanding Incentivized Mobile App Installs on Google Play Store, Proceedings of the ACM Internet Measurement Conference (IMC), October 2020 [h5-index 41]

Security'20   Emily Tseng, Rosanna Bellini, Nora McDonald, Matan Danos, Rachel Greenstadt, Damon McCoy, Nicola Dell, Thomas Ristenpart. The Tools and Tactics Used in Intimate Partner Surveillance: An Analysis of Online Infidelity Forums. Proceedings of the USENIX Security Symposium, August 2020 [h5-index 81]

Oakland'20   Laura Edelson, Tobias Lauinger, Damon McCoy, A Security Analysis of the Facebook Ad Library, San Francisco, CA, May 2020 [h5-index 79]

Oakland'20   Kevin A. Roundy, Paula Barmaimon Mendelberg, Nicola Dell, Damon McCoy, Daniel Nissani, Thomas Ristenpart, and Acar Tamersoy, The Many Kinds of Creepware Used for Interpersonal Attacks, San Francisco, CA, May 2020 [h5-index 79]

WWW '20   Brown Farinholt, Mohammad Rezaeirad, Damon McCoy, Kirill Levchenko, Dark Matter: Uncovering the DarkComet RAT Ecosystem, Proceedings of the Web Conference (WWW), April 2020 [h5-index 90]

WWW '20    Janith Weerasinghe, Bailey Flanigan, Aviel Stein, Damon McCoy, and Rachel Greenstadt, The Pod People: Understanding Manipulation of Social Media Popularity via Reciprocity Abuse, Proceedings of the Web Conference (WWW), April 2020 [h5-index 90]

eCrime    Rasika Bhalerao, Maxwell Aliapoulios, Ilia Shumailov, Sadia Afroz, Damon McCoy, Mapping the Underground: Supervised Discovery of Cybercrime Supply Chains, IEEE APWG Symposium on Electronic Crime Research (eCrime), Pittsburgh, PA, November 2019

Security'19    Sam Havron, Diana Freed, Rahul Chatterjee, Damon McCoy, Nicola Dell, Thomas Ristenpart, Clinical Computer Security for Victims of Intimate Partner Violence, Proceedings of the USENIX Security Symposium, Santa Clara, CA, August 2019 [h5-index 81]

Security'19    Arman Noroozian, Jan Koenders, Eelco van Veldhuizen, Carlos H. Ganan, Sumayah Alrwais, Damon McCoy, Michel van Eeten, Platforms in Everything: Analyzing Ground-Truth Data on the Anatomy and Economics of Bullet-Proof Hosting. Proceedings of the USENIX Security Symposium, Santa Clara, CA, August 2019 [h5-index 81]

Security'19    Vector Guo Li, Matthew Dunn, Paul Pearce, Damon McCoy, Geoffrey M. Voelker, Stefan Savage, and Kirill Levchenko, Reading the Tea Leaves: A Comparative Analysis of Threat Intelligence, Proceedings of the USENIX Security Symposium, Santa Clara, CA, August 2019 [h5-index 81]

WWW '19    Periwinkle Doerfler, Kurt Thomas, Maija Marincenko, Juri Ranieri, Yu Jiang, Angelika Moscicki, and Damon McCoy, Evaluating Login Challenges as a Defense Against Account Takeover, Proceedings of the Web Conference (WWW), San Francisco, CA, May 2019 [h5-index 90]

Security'18    Mohammad Rezaeirad, Brown Farinholt,Hitesh Dharmdasani, Paul Pearce, Kirill Levchenko, Damon McCoy, Schrodinger's Rat: Profiling the Stakeholders in the Remote Access Trojan Ecosystem, Proceedings of the USENIX Security Symposium, Baltimore, MD, August 2018 [Acceptance Rate 19%]

Oakland'18    Danny Yuxing Huang, Maxwell Matthaios Aliapoulios, Vector Guo Li, Luca Invernizzi, Kylie McRoberts, Elie Bursztein, Jonathan Levin, Kirill Levchenko, Alex C. Snoeren, Damon McCoy, Tracking Ransomware End-to-end, IEEE Symposium on Security and Privacy (Oakland), San Francisco, CA, May 2018 [Acceptance Rate 11.5%]

Oakland'18    Rahul Chatterjee, Periwinkle Doerfler, Hadas Orgad, Sam Havron, Jackeline Palmer, Diana Freed, Karen Levy, Nicola Dell, Damon McCoy, Thomas Ristenpart, The Spyware Used in Intimate Partner Violence, IEEE Symposium on Security and Privacy (Oakland), San Francisco, CA, May 2018 [Acceptance Rate 11.5%]

eCrime    Hongwei Tian, Stephen M. Gaffigan, D. Sean West, Damon McCoy, Bullet-Proof Payment Processors, IEEE Symposium on Electronic Crime, San Diego, CA, May 2018 [Acceptance Rate 35%]

IMC'17    Peter Snyder, Periwinkle Doerfler, Chris Kanich, Damon McCoy, Fifteen Minutes of Unwanted Fame: Detecting and Characterizing Doxing, Proceedings of the ACM Internet Measurement Conference (IMC), 2017 [Acceptance Rate 23%]

EMNLP'17   Greg Durrett, Jonathan K. Kummerfeld, Taylor Berg-Kirkpatrick, Rebecca S. Portnoff, Sadia Afroz, Damon McCoy, Kirill Levchenko, and Vern Paxson, Identifying Products in Online Cybercrime Marketplaces: A Dataset for Fine-grained Domain Adaptation, Conference on Empirical Methods on Natural Language Processing (EMNLP), 2017 [Acceptance Rate 26%]

KDD'17   Rebecca S. Portnoff, Danny Yuxing Huang, Periwinkle Doerfler, Sadia Afroz and Damon McCoy, Backpage and Bitcoin: Uncovering Human Traffickers, Proceedings of the ACM SIGKDD Conference, Halifax, Nova Scotia, Canada, August 2017 [Oral presentation 5%, Overall Acceptance Rate 21.4%]

RAID'17   Johannes Krupp, Mohammad Karami, Christian Rossow, Damon McCoy and Michael Backes, Linking Amplification DDoS Attacks to Booter Services, International Symposium on Research in Attacks, Intrusions and Defenses (RAID), Atlanta, GA, September 2017. [Acceptance Rate 20%]

Oakland '17   Sumayah Alrwais, Xiaojing Liao, Xianghang Mi, Peng Wang, Xiaofeng Wang, Feng Qian, Raheem Beyah, Damon McCoy. Under the Shadow of Sunshine: Understanding and Detecting BulletProof Hosting on Legitimate Service Provider Networks. IEEE Symposium on Security & Privacy, San Jose, CA, May 2017. [Acceptance Rate: 13%]

Oakland '17   Brown Farinholt, Mohammad Rezaeirad, Paul Pearce, Hitesh Dharamdasani, Haikuo Yin, Stevens LeBlond, Damon McCoy, Kirill Levchenko. To Catch a Ratter: Monitoring the Behavior of DarkComet RAT Operators in the Wild. IEEE Symposium on Security & Privacy, San Jose, CA, May 2017. [Acceptance Rate: 13%]

WWW '17   Rebecca S Portnoff, Sadia Afroz, Greg Durrett, Jonathan K Kummerfeld, Taylor Berg-Kirkpatrick, Damon McCoy, Kirill Levchenko and Vern Paxson. Automated Analysis of Cybercriminal Markets. Proceedings of the World Wide Web Conference (WWW), Perth, Australia 2017. [Acceptance Rate: 17%]

Security '16   Kurt Thomas, Juan Antonio Elices Crespo, Ryan Rasti, Jean-Michel Picod, Cait Phillips, Marc-Andre Decoste, Chris Sharp, Fabio Tirelo, Ali Tofigh, Marc-Antoine Courteau, Lucas Ballard, Robert Shield, Nav Jagpal, Moheeb Abu Rajab, Panayiotis Mavrommatis, Niels Provos, Elie Bursztein, Damon McCoy. Investigating Commercial Pay-Per-Install and the Distribution of Unwanted Software. Proceedings of the USENIX Security Symposium, Austin, TX, August 2016. [Acceptance Rate: 16%]

Security '16   Frank Li, Zakir Durumeric, Jakub Czyz, Mohammad Karami, Damon McCoy, Stefan Savage, Michael Bailey, Vern Paxson. You've Got Vulnerability: Exploring Effective Vulnerability Notifications. Proceedings of the USENIX Security Symposium, Austin, TX, August 2016. [Acceptance Rate: 16%]

eCrime '16   Srikanth Sundaresan, Damon McCoy, Sadia Afroz, and Vern Paxson. Profiling Underground Merchants Based on Network Behavior. Proceedings of the IEEE Symposium on Electronic Crime Research (eCrime), Toronto, Canada, June 2016.

WWW '16   Mohammad Karami, Youngsam Park and Damon McCoy. Stress Testing the Booters: Understanding and Undermining the Business of DDoS Services. Proceedings of the World Wide Web Conference (WWW), Montreal, Canada, April 2016. [Acceptance Rate: 16%]

WWW '16   Xiaojing Liao, Chang Liu, Damon McCoy, Elaine Shi and Raheem Beyah. Characterizing Long-tail SEO Spam on Cloud Web Hosting Services. Proceedings of the World Wide Web Conference (WWW), Montreal, Canada, April 2016. [Acceptance Rate: 16%]

FC '16    Youngsam Park, Damon McCoy and Elaine Shi. Understanding Craigslist Rental Scams. Proceedings of Financial Cryptography and Data Security Conference (FC), Barbados, February 2016.

NDSS '16    Sheharbano Khattak, David Fifield, Sadia Afroz, Mobin Javed, Srikanth Sundaresan, Vern Paxson, Steven J. Murdoch, and Damon McCoy. Do You See What I See: Differential Treatment of Anonymous Users. Proceedings of the Network and Distributed System Security Symposium (NDSS), San Diego, CA, February 2016. [Acceptance Rate: 15%]

Oakland '15    Kurt Thomas, Elie Bursztein, Chris Grier, Grant Ho, Nav Jagpal, Alexandros Kapravelos, Damon McCoy, Antonio Nappa, Vern Paxson, Paul Pearce, Niels Provos, Moheeb Abu Rajab. Ad Injection at Scale: Assessing Deceptive Advertisement Modifications. IEEE Symposium on Security & Privacy, San Jose, CA, May 2015. [Acceptance Rate: 14%]

CHI '15    Jason W. Clark, Peter Snyder, Damon McCoy, Chris Kanich. "I Saw Images I Didn't Even Know I Had:" Understanding User Perceptions of Cloud Storage Privacy. Proceedings of the ACM Conference on Computer-Human Interaction, Seoul, Korea, April 2015 [Acceptance Rate: 19%]

CCS '14    Kurt Thomas, Dima Iatskiv, Elie Bursztein, Tadek Pietraszek, Chris Grier, Damon McCoy. Dialing Back Abuse on Phone Verified Accounts. Proceedings of the ACM Conference on Computer and Communications Security, Scotsdale, AZ, November 2014. [Acceptance Rate: 19%]

CCS '14    Paul Pearce, Vacha Dave, Chris Grier, Kirill Levchenko, Saikat Guha, Damon McCoy, Vern Paxson, Stefan Savage, and Geoffrey M. Voelker. Characterizing Large-Scale Click Fraud in ZeroAccess. Proceedings of the ACM Conference on Computer and Communications Security, Scotsdale, AZ, November 2014. [Acceptance Rate: 19%]

IMC '14    David Wang, Matthew Der, Mohammad Karami, Lawrence Saul, Damon McCoy, Stefan Savage, and Geoffrey M. Voelker. Search + Seizure: The Effectiveness of Interventions on SEO Campaigns. Proceedings of the ACM Internet Measurement Conference, Vancouver, BC, Canada, November 2014 [Acceptance Rate: 23%]

eCrime '14    Jackie Jones and Damon McCoy. The Check is in the Mail: Monetization of Craigslist Buyer Scams. Proceedings of the IEEE eCrime Research Summit, Birmingham, AL, September 2014. [Acceptance Rate: 40%]

Oakland '14    Sadia Afroz, Aylin Caliskan Islam, Ariel Stolerman, Rachel Greenstadt, Damon McCoy. Doppelganger Finder: Taking Stylometry to the Underground. Proceedings of the IEEE Symposium and Security and Privacy, San Jose, CA, May 2014. [Acceptance Rate: 14%]

NDSS '14    Danny Yuxing Huang, Hitesh Dharmdasani, Sarah Meiklejohn, Vacha Dave, Kirill Levchenko, Alex C. Snoeren, Stefan Savage, Nicholas Weaver, Chris Grier, and Damon McCoy. Botcoin: Monetizing Stolen Cycles. Network and Distributed System Security. San Diego, CA, 2014. [Acceptance Rate: 18%]

NDSS '14    Youngsam Park, Jackie Jones, Damon McCoy, Elaine Shi, Markus Jakobsson. Scambaiter: Understanding Targeted Nigerian Scams on Craigslist. Network and Distributed System Security. San Diego, CA, 2014. [Acceptance Rate: 18%]

eCrime '13    Mohammad Karami, Shiva Ghaemi and Damon McCoy. Folex: An Analysis of an Herbal and Counterfeit Luxury Goods Affiliate Program. APWG eCrime Researchers Summit. San Francisco, CA, 2013. [Acceptance Rate: 42%]

eCrime '13   Sadia Afroz, Vaibhav Garg, Damon McCoy, Rachel Greenstadt. Honor Among Thieves: A Common's Analysis of Cybercrime Economics. APWG eCrime Researchers Summit. San Francisco, CA, 2013. [Acceptance Rate: 42%]

IMC '13   Sarah Meiklejohn, Marjori Pomarole, Grant Jordan, Kirill Levchenko, Damon McCoy, Geoffrey M. Voelker, and Stefan Savage. A Fistful of Bitcoins: Characterizing Payments Among Men with No Names. Proceedings of the ACM Internet Measurement Conference 2013. Barcelona, Spain. [Acceptance Rate: 19%]

Security '13   Kurt Thomas, Damon McCoy, Chris Grier, Alek Kolcz, and Vern Paxson. Trafficking Fraudulent Accounts: The Role of the Underground Market in Twitter Spam and Abuse. Proceedings of the USENIX Security Symposium, Washington D.C., August 2013. [Acceptance Rate: 16%]

CCS '12   Damon McCoy, Hitesh Dharmdasani, Christian Kreibich, Geoffrey M. Voelker and Stefan Savage. Priceless: The Role of Payments in Abuse-advertised Goods. Proceedings of the ACM Conference on Computer and Communications Security, Raleigh, NC, October 2012. [Acceptance Rate: 19%]

CCS '12   Chris Grier, Kurt Thomas, Lucas Ballard, Juan Caballero, Neha Chachra, Christian J. Dietrich, Kirill Levchenko, Panayiotis Mavrommatis, Damon McCoy, Antonio Nappa, Andreas Pitsillidis, Niels Provos, Zubair Rafique, Moheeb Abu Rajab, Christian Rossow, Vern Paxson, Stefan Savage, and Geoffrey M. Voelker. Manufacturing Compromise: The Emergence of Exploit-as-a-Service. Proceedings of the ACM Conference on Computer and Communications Security, Raleigh, NC, October 2012. [Acceptance Rate: 19%]

Security '12   Damon McCoy, Andreas Pitsillidis, Grant Jordan, Nicholas Weaver, Christian Kreibich, Brian Krebs, Geoffrey M. Voelker, Stefan Savage, and Kirill Levchenko. PharmaLeaks: Understanding the Business of Online Pharmaceutical Affiliate Programs. Proceedings of the USENIX Security Symposium, Bellevue, WA, August 2012. [Acceptance Rate: 19%]

IMC '11   Marti Motoyama, Damon McCoy, Stefan Savage, and Geoffrey M. Voelker. An Analysis of Underground Forums. Proceedings of the ACM Internet Measurement Conference, Berlin, Germany, November 2011. [Acceptance Rate: 25%]

Security '11   Stephen Checkoway, Damon McCoy, Danny Anderson, Brian Kantor, Hovav Shacham, Stefan Savage, Karl Koscher, Alexei Czeskis, Franziska Roesner, Tadayoshi Kohno. Comprehensive Experimental Analysis of Automototive Attack Surfaces. Proceedings of the USENIX Security Symposium, San Francisco, CA, August 2011. [Acceptance Rate: 16%]

Security '11   Marti Motoyama, Damon McCoy, Kirill Levchenko, Geoffrey M. Voelker, Stefan Savage. Dirty Jobs: The Role of Freelance Labor in Web Service Abuse. Proceedings of the USENIX Security Symposium, San Francisco, CA, August 2011. [Acceptance Rate: 16%]

Security '11   Chris Kanich, Nicholas Weaver, Damon McCoy, Tristan Halvorson, Christian Kreibich, Kirill Levchenko, Vern Paxson, Geoffrey M. Voelker, Stefan Savage. Show Me the Money: Characterizing Spam-advertised Revenue. Proceedings of the USENIX Security Symposium, San Francisco, CA, August 2011. [Acceptance Rate: 16%]

PETS '11   Mashael AlSabah, Kevin Bauer, Ian Goldberg, Dirk Grunwald, Damon McCoy, Stefan Savage, Geoffrey M. Voelker. DefenestraTor: Throwing out Windows in Tor. Privacy Enhancing Technologies Symposium, Waterloo, Canada, July 2011. [Acceptance Rate: 25%]

Oakland '11     Kirill Levchenko, Neha Chachra, Brandon Enright, Mark Felegyhazi, Chris Grier, Tristan Halvorson, Chris Kanich, Christian Kreibich, He Liu, Damon McCoy, Andreas Pitsillidis, Nicholas Weaver, Vern Paxson, Geoffrey M. Voelker, Stefan Savage. Click Trajectories: End-to-End Analysis of the Spam Value Chain. Proceedings of the IEEE Symposium and Security and Privacy, Oakland, CA, May 2011. [Acceptance Rate: 11%]

FC '11     Damon McCoy, Jose Andre Morales, Kirill Levchenko. Proximax: A Measurement Based System for Proxies Dissemination. Financial Cryptography and Data Security, St. Lucia, February 2011. [Acceptance Rate: 35%]

Globecom '10     Harold Gonzales, Kevin Bauer, Janne Lindqvist, Damon McCoy, Douglas Sicker. Practical Defenses for Evil Twin Attacks in 802.11. IEEE Globecom Communications and Information Security Symposium, Miami, FL, December 2010. [Acceptance Rate: 36%]

Security '10     Marti Motoyama, Kirill Levchenko, Chris Kanich, Damon McCoy, Geoffrey M. Voelker, Stefan Savage. Re: CAPTCHAs – Understanding CAPTCHA Solving from an Economic Context. Proceedings of the USENIX Security Symposium, Washington, D.C., August 2010. [Acceptance Rate: 16%]

Oakland '10     Karl Koscher, Alexei Czeskis, Franziska Roesner, Shwetak Patel, Tadayoshi Kohno, Stephen Checkoway, Damon McCoy, Brian Kantor, Danny Anderson, Hovav Shacham, Stefan Savage. Experimental Security Analysis of a Modern Automobile. Proceedings of the IEEE Symposium and Security and Privacy, Oakland, CA, May 2010. [Acceptance Rate: 12%]

Globecom '09     Kevin Bauer, Damon McCoy, Eric Anderson, Markus Breitenbach, Greg Grudic, Dirk Grunwald, Douglas Sicker. The Directional Attack on Wireless Localization - or - How to Spoof your Location with a Tin Can. Proceedings of the IEEE Globecom Communications and Information Security Symposium , Honolulu, HI, USA, November, 2009. [Acceptance Rate: 35%]

PETS '09     Kevin Bauer, Damon McCoy, Ben Greenstein, Dirk Grunwald, Douglas Sicker. Physical Layer Attacks on Unlinkability in Wireless LANs. Proceedings of the 9th Privacy Enhancing Technologies Symposium (PETS 2009) , Seattle, WA, USA, August, 2009. [Acceptance Rate: 29%]

MobiSys '09     Jeffrey Pang, Ben Greenstein, Michael Kaminsky, Damon McCoy, Srinivasan Seshan. Wifi-Reports: Improving Wireless Network Selection with Collaboration. MobiSys '09: 7th International Conference on Mobile Systems, Applications, and Services. Krakow, Poland, 2009. [Acceptance Rate: 20%]

PETS '08     Damon McCoy, Kevin Bauer, Dirk Grunwald, Tadayoshi Kohno, Douglas Sicker. Shining Light in Dark Places: Understanding the Tor Network. Proceedings of the 8th Privacy Enhancing Technologies Symposium (PETS 2008) , Leuven, Belgium, July, 2008. [Acceptance Rate: 26%]

MobiSys '08     Ben Greenstein, Damon McCoy, Jeffrey Pang, Tadayoshi Kohno, Srinivasan Seshan, David Wetherall. Improving Wireless Privacy with an Identifier-Free Link Layer Protocol. MobiSys '08: 6th International Conference on Mobile Systems, Application, and Services , Breckenridge, CO, June, 2008. [Acceptance Rate: 18%]

| | |
|---|---|
| Security '06 | Jason Franklin, Damon McCoy, Parisa Tabriz, Vicentiu Neagoe, Jamie Van Randwyk, Douglas Sicker. Passive Data Link Layer 802.11 Wireless Device Driver Fingerprinting. Proceedings of the 15th USENIX Security Symposium , Vancouver, BC, Canada, August, 2006. [Acceptance Rate: 13%] |

### Refereed Workshop Publication

| | |
|---|---|
| WOOT '16 | Sahar Mazloom, Mohammad Rezaeirad, Aaron Hunter and Damon McCoy. A Security Analysis of an In Vehicle Infotainment and App Platform. 10th USENIX Workshop on Offensive Technologies (WOOT 16), Austin, TX, August 2015. |
| BITCOIN '16 | Khaled Baqer, Danny Yuxing Huang, Damon McCoy and Nicholas Weaver. Stressing Out: Bitcoin "Stress Testing". Workshop on Bitcoin and Blockchain Research (BITCOIN), Barbados, February 2016. |
| WOOT '15 | Sean Palka and Damon McCoy. Fuzzing E-mail Filters with Generative Grammars and N-Gram Analysis. 9th USENIX Workshop on Offensive Technologies (WOOT 15), Washington, D.C., August 2015. |
| WEIS '15 | Kurt Thomas, Danny Huang, David Wang, Elie Bursztein, Chris Grier, Thomas J. Holt, Christopher Kruegel, Damon McCoy, Stefan Savage, Giovanni Vigna. Framing Dependencies Introduced by Underground Commoditization. Workshop on the Economics of Information Security, Amsterdam, NL, June 2015. |
| SecTest '15 | Sean Palka and Damon McCoy. Dynamic Phishing Content Using Generative Grammars. Proceedings of the IEEE Workshop on Security Testing, Graz, Austria, April 2015. |
| WEIS '14 | Neha Chachra, Damon McCoy, Stefan Savage, and Geoffrey M. Voelker. Empirically Characterizing Domain Abuse and the Revenue Impact of Blacklisting. Proceedings of the Workshop on the Economics of Information Security (WEIS), State College, PA, June 2014. |
| IWCC '14 | Hamed Sarvari, Ehab Abozinadah, Alex Mbaziira, and Damon McCoy. Constructing and Analyzing Criminal Networks. Proceedings of the IEEE International Workshop on Cyber Crime (IWCC 2014), San Jose, CA, August 2014 |
| CSET '13 | Christopher E. Everett and Damon McCoy. OCTANE (Open Car Testbed and Network Experiments): Bringing Cyber-Physical Security Research to Researchers and Students. Proceedings of the Workshop on Cyber Security Experimentation and Test, Washington D.C., August 2013. |
| LEET '13 | Jason W. Clark and Damon McCoy. There Are No Free iPads: An Analysis of Survey Scams as a Business. Proceedings of the USENIX Workshop on Large-Scale Exploits and Emergent Threats, Washington D.C., August 2013. |
| LEET '13 | Mohammad Karami and Damon McCoy. Understanding the Emerging Threat of DDoS-as-a-Service. Proceedings of the USENIX Workshop on Large-Scale Exploits and Emergent Threats, Washington D.C., August 2013. |
| CSET '11 | Chris Kanich, Neha Chachra, Damon McCoy, Chris Grier, David Wang, Marti Motoyama, Kirill Levchenko, Stefan Savage, Geoffrey M. Veolker. Proceedings of Workshop on Cyber Security Experimentation and Test (CSET) San Francisco, CA, August 2011. |

CSET '11   Kevin Bauer, Micah Sherr, Damon McCoy, Dirk Grunwald. ExperimenTor: A Testbed for Safe and Realistic Tor Experimentation. To appear at 4th USENIX Workshop on Cyber Security Experimentation and Test (CSET) San Francisco, CA, August 2011.

WIFS '09   Kevin Bauer, Damon McCoy, Dirk Grunwald, Douglas Sicker. BitStalker: Accurately and Efficiently Monitoring BitTorrent Traffic. Proceedings of the 1st IEEE Workshop on Information Forensics and Security , London, United Kingdom, December, 2009.

WIDA '08   Kevin Bauer, Harold Gonzales, Damon McCoy. Proceedings of 1st IEEE International Workshop on Information and Data Assurance (WIDA 2008) in conjunction with the 27th IEEE International Performance Computing and Communications Conference (IPCCC 2008) , Austin, TX, USA, December, 2008.

AlPACa '08   Kevin Bauer, Damon McCoy, Dirk Grunwald, Douglas Sicker. BitBlender: Light-Weight Anonymity for BitTorrent. Proceedings of the Workshop on Applications of Private and Anonymous Communications (AlPACa 2008) in conjunction with SecureComm 2008 , Istanbul, Turkey, September, 2008.

HotNets '07   Jeffrey Pang, Ben Greenstein, Damon McCoy, Srinivasan Seshan, David Wetherall. Tryst: The Case for Confidential Service Discovery. HotNets VI: The Sixth Workshop on Hot Topics in Networks , Atlanta, GA, USA, October, 2007.

WPES '07   Kevin Bauer, Damon McCoy, Dirk Grunwald, Tadayoshi Kohno, Douglas Sicker. Low-Resource Routing Attacks Against Tor. Proceedings of the Workshop on Privacy in the Electronic Society (WPES 2007) , Alexandria, VA, USA, October, 2007.

SECON '07   Damon McCoy, Douglas Sicker, Dirk Grunwald. A Mechanism for Detecting and Responding to Misbehaving Nodes in Wireless Networks. IEEE SDR Workshop, 2007.

### Op-Eds

Laura Edelson, Damon McCoy, How Facebook Hinders Misinformation Research, Scientific American, 2021

Laura Edelson, Damon McCoy, Facebook is obstructing our work on disinformation. Other researchers could be next, The Guardian, 2021

Laura Edelson and Damon McCoy, We Research Misinformation on Facebook. It Just Disabled Our Accounts, New York Times, 2021

Nicki Dell, Karen Levy, Damon McCoy, and Thomas Ristenpart, How domestic abusers use smartphones to spy on their partners, Vox 2018

Damon McCoy, When Studying Doxing Gets You Doxed, Huffington Post, 2018

## Teaching

NYU CS-GY 6823/CS-UY3933: Network Security (Fall 2024) Instructor Rating: 4.9/5

NYU CS-GY 9223CS-UY 3943 Special Topics in Computer Science: Security Analytics (Spring 2023) Instructor Rating: 4.9/5

NYU CS-GY 6823/CS-UY3933: Network Security (Fall 2022) Instructor Rating: 4.8/5

NYU CS-GY 6823/CS-UY3933: Network Security (Spring 2021) Instructor Rating: 4.6/5

NYU CS-GY 9223CS-UY 3943 Special Topics in Computer Science: Natural Language Processing (Fall 2020) Instructor Rating: 4.8/5

NYU CS-GY 6823/CS-UY3933: Network Security (Spring 2020) Instructor Rating: 4.8/5

NYU CS-GY 9223CS-UY 3943 Special Topics in Computer Science: Security Analytics (Fall 2019) Instructor Rating: 4.8/5

NYU CS-GY 6823/CS-UY3933: Network Security (Spring 2019) Instructor Rating: 4.6/5

NYU CS-GY 9223 Special Topics in Computer Science: Security Analytics (Fall 2018) Instructor Rating: 4.7/5

NYU CS-GY 6823/CS-UY3933: Network Security (Spring 2018) Instructor Rating: 4.7/5

NYU CS-GY 6823/CS-UY3933: Network Security (Fall 2017) Instructor Rating: 4.5/5

NYU CS-GY 6813/CS-UY3923: Information Security and Privacy (Spring 2017) Instructor Rating: 4.6/5

NYU CS-GY 6823/CS-UY3933: Network Security (Fall 2016) Instructor Rating: 4.8/5

NYU CS-GY 6823/CS-UY3933: Network Security (Spring 2016) Instructor Rating: 4.8/5

NYU CS-GY 6823/CS-UY3933: Network Security (Fall 2015) Instructor Rating: 4.6/5

GMU CS 468: Secure Programming and Systems (Spring 2014) Instructor Rating: 4.4/5

GMU ISA 656: Network Security (Fall 2013) Instructor Rating: 4.6/5

GMU ISA 656: Network Security (Spring 2013) Instructor Rating: 4.7/5

GMU ISA 797/CS 795 Cyber Crime (Fall 2012) Instructor Rating: 4.7/5

GMU ISA 656: Network Security (Spring 2012) Instructor Rating: 4.4/5

Minority Engineering Summer Bridge Program, Introduction to Computer Science, University of Colorado (Summer 1996)

## Selected Talks

| | |
|---|---|
| MIT | Cybersecurity for Democracy: Providing Independent Auditing Frameworks for Platform Accountability, Invited Talk 2022 |
| Cambridge | Cybersecurity for Democracy: Providing Independent Auditing Frameworks for Platform Accountability, Invited Talk 2021 |
| UBristol | Cybersecurity for Democracy: Providing Independent Auditing Frameworks for Platform Accountability, Invited Talk 2021 |
| UTulsa | Cybersecurity for Democracy: Providing Independent Auditing Frameworks for Platform Accountability, Invited Talk 2021 |
| Cambridge | Tech Abuse in the Intimate Partner Violence Setting: Issues, Challenges, and Mitigations, Invited Talk 2020 |
| 28C3 | Online Political Advertising, Chaos Computer Congress 2019 |
| NSC | Panelist, Digital Currencies Workshop, National Security Council 2018 |
| FTC | Injuries 101 Panel, Informational Injury Workshop, 2017 |
| CRA/NSF | Understanding the Harms of Doxing, 2017 |
| DHS | Panelist, Transnational Organized Crime Conference, 2017 |
| FTC | Investigating Commercial Pay-Per-Install and the Distribution of Unwanted Software, FTC Privacy Con, 2017 |

*17/21*

| | |
|---|---|
| UTulsa | Framing Dependencies Introduced by Underground Commoditization, University of Tulsa Invited Speaker, 2016 |
| Princeton | Framing Dependencies Introduced by Underground Commoditization, Center for Information Technology Policy (CITP) Luncheon Speaker Series, 2016 |
| Google | The Case for Deception, Google Tech Talk, 2016 |
| Qualcomm | The Case for Deception, Qualcomm Invited Speaker, 2016 |
| Facebook | Framing Dependencies Introduced by Underground Commoditization, Beers and Breakage, 2016 |
| FS-ISAC | Framing Dependencies Introduced by Underground Commoditization, FBI - Financial - Information Sharing and Analysis Centers, 2016 |
| ENIGMA | Bullet-proof Credit Card Processing, USENIX Enigma Conference, 2016 |
| NAAG | Drug Purchases on the Dark Web Panel, National Association of Attorneys General Eastern Meeting, 2015 |
| VISA | Understanding and Undermining the Business of Cybercrime, Visa Cybersecurity Awareness, 2014 |
| SXSW | An Inside Look at How the Auto Industry is Safeguarding Connected Cars, Panel, SXSW Connected Car Conference, 2014 |
| SRI | Experiences with Automotive Security: Vulnerabilities, Causes and Challenges, Cybersecurity for Government Vehicles Workshop, 2014 |
| NSF CPS | Diversity in CPS. Panel, NSF Cyber-Physical Systems PI Meeting, 2013 |
| GOOGLE | Investigating the Underground in the Name of Science. Google Tech Talk, 2013 |
| LEET | Understanding the Emerging Threat of DDoS-as-a-Service. Conference Talk, USENIX Workshop on Large-Scale Exploits and Emergent Threats, 2013 |
| CSET | Conducting Research Using Data of Questionable Provenance, Panel, Workshop on Cyber Security Experimentation and Test, 2013 |
| UMD | Tracing Money Flows in Bitcoin. Syschat talk, University of Maryland, 2013 |
| UMD | Exploring the Underground Economy. Syschat talk, University of Maryland, 2013 |
| DCAPS | Tracing Money Flows in Bitcoin. D.C. Anonymity and Privacy Seminar, 2013 |
| DCAPS | Stylometry and Underground Markets. D.C. Anonymity and Privacy Seminar, 2012 |
| DCW | Manufacturing Compromise: The Emergence of Exploit-as-a-Service. ISC/CAIDA Data Collaboration Workshop, 2012 |
| SAFEMEDS | Payment Processing and Unlicensed Online Pharmacies. Partnership for Safe Medicines Interchange 2012 |
| CCS | Priceless: The Role of Payments in Abuse-advertised Goods. Conference Talk, ACM Conference on Computer and Communications Security, 2012 |
| SECURITY | PharmaLeaks: Understanding the Business of Online Pharmaceutical Affiliate Programs. Conference Talk, USENIX Security Symposium, 2012 |
| DCAPS | Proximax: A Measurement Based System for Proxies Dissemination. D.C. Anonymity and Privacy Seminar, 2012 |

| | |
|---|---|
| IMC | An Analysis of Underground Forums. Conference Talk, ACM Internet Measurement Conference, 2011 |
| PETS | The Ethics of Research on Tor Users. Panel, Privacy Enhancing Technologies Symposium, 2011 |
| HOTPETS | Using Wireless Physical Layer Information to Construct Implicit Identifiers. HotPETs, 2008 |
| TOORCON | BitBlender: Light-Weight Anonymity for BitTorrent. Toorcon, 2007 |
| DEFCON | Zulu: A Command Line Wireless Frame Injector. DefCon, 2007 |
| SECURITY | Passive Data Link Layer 802.11 Wireless Device Driver Fingerprinting. Conference Talk, USENIX Security Symposium, 2006 |

## Service

## External Reviewer

SEcurity and RIghts in the CyberSpace (SERICS) 2023 - 2025 (116 million EUR NextGenerationEU Funded)

National Research Centre on Privacy, Harm Reduction and Adversarial Influence Online (REPHRAIN) 2020 - 2024 (7 million GBP UKRI Funded)

### Program Committee Co-Chair

| | |
|---|---|
| PoPETs | De Gruyter Open Proceedings on Privacy Enhancing Technologies. 2017,2018 |
| HotSec | USENIX Hot Security Topics Workshop, Co-located with USENIX Security Symposium. 2016 |
| eCrime | IEEE Symposium on Electronic Crime Research. 2016, 2017 |

### Program Committees

| | |
|---|---|
| PoPETs | De Gruyter Open Proceedings on Privacy Enhancing Technologies. 2022, 2023 |
| IMC | ACM Internet Measurement Conference. 2020,2024, 2025 |
| ENIGMA | USENIX Enigma Conference. 2017, 2018 |
| WWW | ACM International World Wide Web Conference. 2016, 2020, 2024 |
| WEIS | Workshop on the Economics of Information Security. 2016, 2017, 2018 |
| eCrime | IEEE Symposium on Electronic Crime Research. 2014, 2018, 2019 |
| NDSS | Network and Distributed System Security Symposium 2019 |
| CCS | ACM SIGSAC Conference on Computer and Communications Security 2019 |
| SECURITY | USENIX Security Symposium. 2014, 2015, 2016, 2017, 2018, 2020 |
| ACSAC | Annual Computer Security Applications Conference. 2013,2014,2015 |
| RAID | The International Symposium on Research in Attacks, Intrusions and Defenses. 2013,2014 |
| CSET | USENIX Workshop on Cyber Security Experimentation and Test. 2012, 2013 |
| ICDCS | IEEE International Conference on Distributed Computing Systems. 2012, 2015 |
| PETS | Privacy Enhancing Technologies Symposium. 2011, 2012, 2013, 2015 |
| MCCS | ACM Workshop on Mobile Cloud Computing and Services. 2011 |

### General Service

| | |
|---|---|
| NYU | PhD admission committee chair, 2019, 2020 |
| NYUSH | Systems Security Faculty Hiring Search Committee, 2019 |
| NYU | Computing@NYU website committee, 2019 |
| NYU | ML Faculty Hiring Search Committee, 2018 |
| NYU | PhD admission committee, 2015, 2016, 2017, 2018 |
| SECURITY | Invited talks committee, USENIX Security, 2014,2015 |
| NSF | General Chair, NSF Cybersecurity Ideas Lab, 2014 |
| TAPIA | Travel scholarship committee, ACM Richard Tapia Celebration of Diversity in Computing, 2010,2012 |
| MobiSys | General Co-Chair, ACM MobiSys Ph.D. Forum Workshop, 2010 |
| NSF | Panelist for a number of NSF funding programs. |

## Awards

| | |
|---|---|
| 2025 | PoPETS Best Student Paper Award |
| 2022 | USENIX Security Test of Time Award |
| 2024 | ACM Internet Measurement Conference Test of Time Award |
| 2022 | USENIX Security Distinguished Paper |
| 2021 | IEEE Security and Privacy Test of Time Award |
| 2020 | Facebook Internet Defense Prize, Third Place, Declined |
| 2020 | USENIX Security Distinguished Paper |
| 2020 | IEEE Security and Privacy Test of Time Award |
| 2019 | ACM Senior Member |
| 2019 | Google Research Award ($24,500) |
| 2018 | Google Research Award ($40,000) |
| 2016 | Junior Faculty Google Security Privacy and Anti-abuse Applied Reward. ($50,000) |
| 2015 | Best Practical Paper, IEEE Security and Privacy |
| 2013 | Best Paper, IEEE APWG eCrime Researchers Summit |
| 2012 | Google Research Award ($75,000) |
| 2009,2010 | NSF/CRA Computer Innovation Fellow ($250,000 award) |
| 2009 | Best Presentation, ACM MobiSys PhD Forums Workshop |
| 2009 | ACM Tapia Celebration of Diversity travel scholarship |
| 2008 | Best Paper, ACM Mobisys |
| 2008 | American Indian Science and Engineering Society (AISES) Google travel scholarship |
| 1995 - 1999 | Minority Engineering Program Scholarship, University of Colorado, Boulder |

## Testimony

2021   DoJ Expert Witness, United States of America V. MATTHEW GATREL

2024-2025   FTC Expert Witness, Anti-trust United States of America V. Meta

## Memberships

ACM Senior Member, American Indian Science & Engineering Society (AISES) Sequoyah Fellow, Cherokee Nation