**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| NETCHOICE, LLC, | ) | Civil Action No. 3:26-cv-00543-SAL |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALAN WILSON, in his official capacity as South Carolina Attorney General, | ) ) | ***AMICUS CURIAE* BRIEF OF THE SOUTH CAROLINA SMALL BUSINESS CHAMBER OF COMMERCE IN OPPOSITION TO NETCHOICE, LLC'S MOTION FOR PRELIMINARY INJUNCTION** |
| | ) | |
| *Defendant*, | ) | |
| and | ) | |
| | ) | |
| HENRY DARGAN MCMASTER, in his official capacity as Governor of the State of South Carolina, | ) ) ) | |
| *Intervenor-Defendant.* | ) | |

**TABLE OF CONTENTS**

TABLE OF AUTHORITIES .................................................................................................. 3

ARGUMENT ...................................................................................................................... 6

    I.    The overuse of social media is negatively impacting South Carolina's youth and their potential to provide quality service as a substantial part of the workforce for South Carolina small businesses. .................................................. 6

    II.    Social media overuse deprives South Carolina's young people of the benefits of part-time work and the skills developed in early work experiences. ........................... 10

    III.    Social media overuse negatively impacts South Carolina's small businesses because many of those businesses rely on teen and young adult workers whose qualifications and life skills are not stunted by excessive social media use...................... 12

        A.    Small businesses in South Carolina rely on teen and young adult workers. ................ 12

        B.    Fewer teens are choosing to work, and those who do are increasingly ill-equipped to meet the needs of South Carolina's small businesses. .......................... 13

CONCLUSION .................................................................................................................. 14

**TABLE OF AUTHORITIES**

Bristow Marchant, *New statewide initiatives for SC schools look to limit students' screen time*, THE STATE, April 6, 2026 .................................................................. 14

Danchen Yuan et al., *The Impact of Social Media on the Adolescent Brain: Cognitive, Emotional, and Societal Implications*, (J. of Educ. and Educ. Rsch., 16(3):51-57, 52) ......................................................................................... 7, 8

*DEW & Lt. Governor Pamela Evette Announce Empowering Tomorrow's Leaders Youth Employment Initiative*, S.C. DEP'T OF EMP. & WORKFORCE, (May 6, 2024) ................. 11

Elizabeth Stepanek, *Top 5 Skills Every Young Entrepreneur Should Build Now*, JUNIOR ACHIEVEMENT USA (May 12, 2025) ............................................................ 11

*Empowering Tomorrow's Leaders: Lt. Governor Evette's Employment Initiative*, S.C. DEP'T OF EMP. & WORKFORCE ....................................................................... 10

Lainey Stalnaker, *U.S. Employment-Population Ratio for 16–24 Year Olds*, S.C. DEP'T OF EMP. & WORKFORCE (Sept. 3, 2024) ................................................... 12

Nguyen, et al., *Feeds, Feelings, and Focus: A Systematic Review and Meta-Analysis Examining the Cognitive and Mental Health Correlates of Short-Form Video Use*, (Psychological Bulletin 2025, 151(9), 1125-1146, 1126) .......................... 6, 8

*Our Initiative*, SC CAREER KIDS ....................................................................... 11

Rea Alonzo, et al., *Interplay between social media use, sleep quality, and mental health in youth: A systematic review*, (Science Direct 2021, 56, 101414) ................................ 9

Semra Tetik et al., *Social Media Addiction and Social Skills: Implications for Societal Learning Systems, Technology, Social Economy, and Societal Challenges*, (Systems 2025, 13, 501) ............................................................... 7, 8, 9

Shannan H. Bush et al., *Problematic Social Media Use in Adolescents and Young Adults: Systematic Review and Meta-analysis*, (JMIR Ment Health 2022, 9(4):e33450, p. 7) ............................................................................................. 6, 7

*Tired All the Time: How Smartphones and Social Media Are Disrupting Teen Sleep*, Utah Valley Pediatrics (June 13, 2025) ................................................................... 9

U.S. Dep't of Health & Hum. Servs., *Social Media and Youth Mental Health: The U.S. Surgeon General's Advisory* (2023) at 4 ............................................... 6, 7, 8

## INTRODUCTION AND INTEREST OF *AMICUS CURIAE*

The South Carolina Small Business Chamber of Commerce ("SCSBCC") respectfully submits this *amicus curiae* brief to provide the Court with the perspective of South Carolina's small business community. Founded in 2000, SCSBCC is a statewide advocacy organization representing and engaging more than 5,000 supporters committed to creating a more business-friendly climate for small businesses across the state. SCSBCC has long provided leadership on key policy areas that directly affect the competitiveness and resilience of small businesses, including taxation, regulation, worker training, workers' compensation insurance, utility costs, energy and conservation, and economic development. At the federal level, SCSBCC has advanced the interests of South Carolina's small businesses on issues such as access to capital, federal regulations, health insurance, and coastal environmental protection.

SCSBCC and its supporters approve and desire the effects of the South Carolina Social Media Regulation Act because the Act is a much-needed and healthy stimulus that promotes a robust young workforce for South Carolina small businesses.

Small businesses depend on productive workers who possess technical proficiency, sustained focus, social awareness, and effective communication, but there are not enough qualified workers to meet the present and future demand for workers. Mounting labor shortages driven by declining birth rates, an aging population, and reduced immigration are a threat to small businesses' ability to hire the workers they need to operate. Young workers are an important part of the workforce for South Carolina small businesses. It is critical that younger workers come behind older generations as they retire, but many of South Carolina's youth are not prepared to meet the present and future employment needs of small businesses. Thus, SCSBCC prioritizes

practical workforce readiness and supports laws and policies that protect workers, strengthen small businesses, and promote the long-term health of South Carolina's economy.

SCSBCC's desire is that South Carolina's youth are qualified to enter the workforce. An increasing percentage of today's youth often lack the ability to maintain attention, develop healthy social skills, and communicate effectively. They are plagued by depression, anxiety, and other mental health problems that prevent them from obtaining and maintaining steady employment. Studies cited in the record reflect that extensive social media use among adolescents and young adults contributes to this decline in skills and increase in mental health problems. These conditions impede the development of the very capacities—focus, social skills, and communication—that South Carolina's small businesses need in entry-level and early-career employees. The former U.S. Surgeon General has warned of urgent risks to youth mental health from social media, highlighting concerns about impacts on emotional regulation, impulse control, and sensitivity to social rewards and punishments during critical developmental periods. For small business employers, these risks translate into workforce challenges that exacerbate existing labor shortages and increase the costs of recruitment, training, and retention.

SCSBCC offers this perspective to aid the Court's understanding of the real-world implications for the small business community if the state is prevented from protecting children from the dangers of social media. SCSBCC strongly opposes Plaintiff's motion for a temporary injunction because South Carolina's small businesses, and the economic vitality of the state as a whole, are advanced when the physical and mental wellbeing of South Carolina's youth and future members of the workforce are prioritized and protected.

## ARGUMENT

**I.    The overuse of social media is negatively impacting South Carolina's youth and their potential to provide quality service as a substantial part of the workforce for South Carolina small businesses.**

Excessive social media use during childhood increases the likelihood that young adults are unprepared to join the workforce because their use of social media weakens the life skills necessary to be responsible and productive employees. Studies show significant correlations between "problematic social media use" (defined as use that causes addiction-like symptoms) and depression, anxiety, and stress among adolescents and young adults. Shannan H. Bush et al., *Problematic Social Media Use in Adolescents and Young Adults: Systematic Review and Meta-analysis*, (JMIR Ment Health 2022, 9(4):e33450, p. 7).[1] Social media use is also tied to poor cognition, which negatively impacts attention span, reading, problem solving, and deep learning, and increases impulsive behavior. Nguyen, et al., *Feeds, Feelings, and Focus: A Systematic Review and Meta-Analysis Examining the Cognitive and Mental Health Correlates of Short-Form Video Use*, (Psychological Bulletin 2025, 151(9), 1125-1146, 1126).[2] Despite these risks, up to 95% of 13- to 17-year-olds report using social media platforms, with more than a third reporting "almost constant" social media use. U.S. Dep't of Health & Hum. Servs., *Social Media and Youth Mental Health: The U.S. Surgeon General's Advisory* (2023) at 4.[3] Recognizing the mounting harms, the former U.S. Surgeon General warned, "We must . . . urgently take action" to protect children. *Id.*

Social media is designed to stimulate the brain like an addictive drug. *Id.* at 9. Notifications that appear on screens unprompted, videos that start playing automatically, and automatic scroll features to keep viewers locked in are engineered to draw users in and keep them engaged. *Id.*

---

[1] *Available at* https://mental.jmir.org/2022/4/e33450 (last visited April 24, 2026).

[2] *Available at* https://pubmed.ncbi.nlm.nih.gov/41231585 (last visited April 24, 2026).

[3] *Available at* https://www.ncbi.nlm.nih.gov/books/NBK594759 (last visited April 24, 2026).

Algorithms tailor feeds using personal data so users are continually presented with content aligned to their interests, minimizing boredom and sustaining endless scrolling. *Id.*

These products are challenging to disengage from because they are designed to stimulate the brain's reward center. *Id.* Short, concise content generates satisfaction by triggering the release of dopamine. Danchen Yuan et al., *The Impact of Social Media on the Adolescent Brain: Cognitive, Emotional, and Societal Implications*, (J. of Educ. and Educ. Rsch. (2025), 16(3):51-57, 52).[4] Dopamine heightens sensitivity to reward-related behaviors, triggers learning responses, and forms emotional memories. *Id.* Once the brain receives dopamine, it seeks more, and social media makes obtaining it nearly effortless. *Id.* The easier and faster an activity delivers dopamine, the more the brain depends on it. *Id.* at 54. Over time, the search for dopamine can lead to addiction as the brain is rewired to require increasing stimulation to reach the same level of satisfaction. *Id.* at 52. Symptoms of problematic social media use mirror those suffered by addicts and include depression, anxiety, and stress. Bush, *supra*, at 2.

Social media is particularly harmful for adolescents. From ages 10 to 19, the brain undergoes a critical developmental period during which identity and sense of self are formed. *The U.S. Surgeon General's Advisory*, *supra*, at 5. Experiences – or their absence – during this phase shape the brain for life. Semra Tetik et al., *Social Media Addiction and Social Skills: Implications for Societal Learning Systems, Technology, Social Economy, and Societal Challenges*, (Systems 2025, 13, 501) at 5.[5] According to the former U.S. Surgeon General:

> Frequent social media use may be associated with distinct changes in the developing brain in the amygdala (important for emotional learning and behavior) and the prefrontal cortex (important for impulse control, emotional regulation, and moderating social

---

[4] *Available at* https://doi.org/10.54097/03c3y333 (last visited April 24, 2026).
[5] *Available at* https://doi.org/10.3390/systems13070501 (last visited April 24, 2026).

behavior), and could increase sensitivity to social rewards and punishments.

*The U.S. Surgeon General's Advisory*, *supra*, at 5. Empathy, communication, and problem solving are also negatively impacted by social media use. Tetik, *supra*, at 20.

Excessive time spent on social media also causes a significant decline in sustained attention and may cause the parts of the brain responsible for focus and concentration to shrink. Yuan, *supra*, at 53. Social media's short, fast-paced videos train the mind to chase constant novelty, making it more difficult to stay on one task and weakening the ability to filter distractions. Nguyen, *supra*, at 1126. As swiping becomes an almost automatic habit, people find it more difficult to resist interruptions and to hold their attention steady long enough for reading, problem solving, or deep work. *Id.* at 1133. These platforms' design—endless scroll and instant, personalized rewards—encourages users to seek quick hits of stimulation rather than sustained concentration, and the design is taking a clear toll on concentration and impulse restraint. *Id.* at 1133, 1135. The result is a gradual erosion of mental stamina that makes the brain view focusing and deep thinking as too much effort for too little reward. *Id.* at 1126, 1133. Shifting back to demanding tasks becomes more difficult, and everyday concentration is more easily derailed. *Id; see* Speaking of Psychology, *Why Our Attention Spans Are Shrinking, with Gloria Mark, PhD*, AM. PSYCH. ASS'N (Feb. 8, 2023).[6]

Adolescents who use social media excessively do not get enough sleep, and their neurological development and mental health suffer as a result. *The U.S. Surgeon General's Advisory*, *supra*, at 10. Poor sleep quality is caused by the cognitive arousal that comes from nighttime scrolling. Rea Alonzo, et al., *Interplay between social media use, sleep quality, and*

---

[6] *Available at* https://www.apa.org/news/podcasts/speaking-of-psychology/attention-spans (last visited April 24, 2026).

*mental health in youth: A systematic review*, (Science Direct 2021, 56, 101414).[7] One statistic shows that 70% of teenagers use their phones within 30 minutes of falling asleep, and over 35% of teenagers check their phones in the middle of the night. *Tired All the Time: How Smartphones and Social Media Are Disrupting Teen Sleep*, UTAH VALLEY PEDIATRICS (June 13, 2025).[8] Studies consistently find a relationship between social media use, poor sleep quality, and reduced sleep time. *Id.* Poor sleep leads to daytime sleepiness, depression, difficulty concentrating, chronic disease, abuse of nicotine and marijuana, and poor mental health. Alonzo, *supra*.

Contrary to what its name might imply, social media use does not increase social skills. In reality, more time spent on social media is associated with a decrease in real-world social skills. Tetik, *supra*, at 11. The shift to online social interactions makes it more difficult for young people to make and maintain in-person, offline relationships. *Id.* at 3. This dynamic contributes to loneliness, depression, and poor social skills. *Id.* Deficient social skills are themselves linked to depression, anxiety, antisocial behavior, sleep disorders, poor nutrition, and substance abuse. *Id.* at 5. By contrast, strong social skills are associated with acceptance, popularity, community, low-aggression, self-control, and high problem-solving skills. *Id.*

South Carolina's emerging young adults are better equipped to enter the workforce when their use of social media is limited. The evidence undeniably shows that social media use is linked to poor mental health, degraded sleep quality, impaired attention spans and cognitive development, and a lack of social skills. Therefore, it is crucial to implement measures that limit social media consumption to ensure that youth are prepared for successful careers. By addressing the harms of social media, we can foster a healthier and more capable future workforce.

---

[7] *Available at* https://doi.org/10.1016/j.smrv.2020.101414 (last visited April 24, 2026).
[8] https://www.uvpediatrics.com/topics/tired-all-the-time-how-smartphones-and-social-media-are-disrupting-teen-sleep/ (last visited April 24, 2026).

**II.      Social media overuse deprives South Carolina's young people of the benefits of part-time work and the skills developed in early work experiences.**

Early employment is highly beneficial to South Carolina's young people because it helps develop the technical and soft skills needed to succeed in life at an early age, but teens and young adults whose days are filled with social media are missing out on these benefits. Employment helps teens and young adults achieve independence as adults by teaching them financial literacy, responsibility, and the value of hard work. Working also provides a foundation to develop the soft and practical skills needed to succeed in college and full-time employment. When teens and young adults spend too much time on social media, they lose out on valuable in-person experiences and fail to develop the skills they need to succeed.

Early work experiences develop independence in a uniquely low-risk environment that is difficult to replicate in adulthood. Many teens work for pocket money or to save for long-term goals. Working part-time at a small business gives teens a chance to take risks and make mistakes while the consequences of their actions likely will not be life-altering. Small businesses also provide teen and young adult workers with mentoring and coaching because they learn from training, doing, and working with more experienced employees.

Early work experiences also develop practical and soft skills that will benefit teens and young adults in college and full-time employment. Work experience exposes teens to real-world expectations, bridges the gap between school and adulthood, and provides an opportunity to apply soft skills learned in school and at home. *Empowering Tomorrow's Leaders: Lt. Governor Evette's Employment Initiative*, S.C. DEP'T OF EMP. & WORKFORCE.[9] South Carolina Department of Employment and Workforce Executive Director, William Floyd believes that "[c]onnecting young

---

[9] *Available at* https://dew.sc.gov/youthemployment (last visited Apr. 13, 2026).

people with job opportunities early in their schooling is essential for our developing workforce . . . . Whether after school or seasonal work, part-time jobs are foundational training grounds for young people that enable them to become our future industry leaders and great workers." *DEW & Lt. Governor Pamela Evette Announce Empowering Tomorrow's Leaders Youth Employment Initiative*, S.C. DEP'T OF EMP. & WORKFORCE, (May 6, 2024).[10]

"Work readiness" describes the skills, knowledge, and behaviors teens need to succeed in their future jobs and careers. *Our Initiative*, SC CAREER KIDS, https://sccareerkids.com/about/ (last visited Apr. 13, 2026). Work readiness includes skills like problem solving, critical thinking, collaboration, communication, adaptability, engagement, and managing money. Elizabeth Stepanek, *Top 5 Skills Every Young Entrepreneur Should Build Now*, JUNIOR ACHIEVEMENT USA (May 12, 2025).[11] These skills and behaviors include recognizing and adhering to workplace norms, showing professionalism, using time management, and navigating different work environments. *Our Initiative, supra.* Early employment gives South Carolina's youth the chance to gain independence and skills that will benefit them personally and professionally. *Id.* When these teens and young adults apply for college and full-time employment, part-time work signals their initiative, responsibility, and the ability to balance multiple commitments. Stepanek, *supra.*

Small businesses in South Carolina rely on the teenaged workforce to meet increased demand during the holidays and summers and to fill part-time and entry-level positions. Teens who are suffering from depression or who have undeveloped social skills are unlikely to seek out this part-time work. Teens who overuse social media do not develop the independence and skills

---

[10] *Available at* https://dew.sc.gov/news/2024-05/dew-and-lt-governor-pamela-evette-announce-empowering-tomorrows-leaders-youth (last visited April 24, 2026).
[11] *Available at* https://jausa.ja.org/news/blog/top-5-skills-every-young-entrepreneur-should-build-now (last visited April 24, 2026).

they need to succeed as adults, and small businesses lose out on an important sector of their workforce.

**III.      Social media overuse negatively impacts South Carolina's small businesses because many of those businesses rely on teen and young adult workers whose qualifications and life skills are not stunted by excessive social media use.**

In October 2023, just 22.5% of high schoolers in the United States were employed, but more student workers are needed to meet the needs of South Carolina's small businesses. Lainey Stalnaker, *U.S. Employment-Population Ratio for 16–24 Year Olds*, S.C. DEP'T OF EMP. & WORKFORCE (Sept. 3, 2024).[12] Small businesses are especially dependent on teen workers during the summer months when an influx of tourism increases demand across the board. Even during the tourism off-season, teen workers provide much needed evening and weekend relief to employees who work full-time during traditional business hours.

**A.  Small businesses in South Carolina rely on teen and young adult workers.**

Teen workers are more than just a practical solution to meet employment needs during tourist season. Hiring a teen is a low-risk, high-reward opportunity for a small business. Teens often earn entry-level salaries, so it is less expensive to bring them onboard. The value of a teen worker cannot be measured by their hourly rate – teens are energetic, willing to learn, and eager to succeed in their early employment experiences. Employing teens can even help businesses break into younger demographics, and some teens may even be interested in helping businesses reach these markets.

A savvy small business owner can develop an entry-level teen worker into a highly skilled, full-time member of the company. Some of the best full-time employees start out as part-time

---

[12] *Available at* https://dew.sc.gov/labor-market-information-blog/2024-09/us-employment-population-ratio-16-24-year-olds (last visited April 24, 2026).

seasonal workers. Transitioning a part-time teenaged employee to full-time work as an adult is much less risky for a business than hiring a new full-time employee because the teen worker is tried and true. An added bonus is that the teen worker who transitions to full-time employment requires little to no training and can start work immediately.

Businesses often depend on teen workers to support daily operations. Teens' energy, flexibility, and willingness to learn make them valuable contributors, while businesses provide teens with opportunities to gain meaningful work experience. This relationship benefits both parties and strengthens local economies and communities.

**B. Fewer teens are choosing to work, and those who do are increasingly ill-equipped to meet the needs of South Carolina's small businesses.**

Teens and young adults bring exceptional promise to small businesses that depend on quick learners and energetic team members. They are digital natives who acquire new processes rapidly, respond well to coaching, and bring curiosity, adaptability, and fresh problem-solving to the workforce. Social media overuse threatens the heart of what makes teens great employees by stealing their free time, harming their mental health, and sapping their energy.

Small businesses are losing the competition with social media for teens' free time. Instead of waiting until payday for the satisfaction of a paycheck for a job well done, teens can get all the dopamine-induced satisfaction their brain craves from social media. The dopamine reward of social media is even more enticing because it does not force teens out of their comfort zones like applying, interviewing, and working a job.

Excessive social media use can undercut the energy and curiosity that makes teens outstanding employees. Teens suffering from social media-induced depression, anxiety, and sleeplessness are unlikely to seek part-time employment. These teens lack the confidence needed to obtain and work a job, and many may be medically unable to work because of their diagnoses.

When these teens and young adults do obtain employment, they struggle to cope with the stress of managing a schedule, navigating customer interactions, focus on their job, and other aspects of work that teens in the past handled with ease.

Employees who stay up all night are not likely to show up on time for work – if at all, but teens regularly use social media late into the night. During work, young employees are distracted by their phones, have shorter attention spans, and struggle to navigate social interactions with customers and coworkers. These trends of absenteeism, focus issues and increased anxiety have already been recognized in South Carolina schools in connection with screen time and social media. Bristow Marchant, *New statewide initiatives for SC schools look to limit students' screen time*, THE STATE, April 6, 2026.[13] Small businesses in South Carolina want curious, energetic, and adaptable young people as their employees, but they need teens who can rise to this challenge. While teens are smart and capable, they are still children, and as a community, our role is to protect our young people and help them grow into successful adults.

## **CONCLUSION**

Early work experiences are highly beneficial to South Carolina's teens and young adults. Where social media overuse has been shown to contribute to anxiety and depression, early work experience fosters independence and resilience. While social media use negatively impacts social skills, working teens have endless opportunities to grow their social skills and network. South Carolina small businesses depend upon young employees who possess technical proficiency, sustained focus, social awareness, and effective communication, but these life skills are hindered by excessive social media use.

---

[13] *Available at* https://www.thestate.com/news/local/education/article315287900.html (last visited April 24, 2026).

We should not expect teens to save themselves from the harmful and addictive qualities of social media – the young adults who were raised on social media are good evidence that teens need help in the fight against the negative effects of social media. Young adults who spent years engaging with social media and are still avid consumers already struggle to perform well in their first jobs. These young adults could not escape the negative effects of social media for themselves, so SCSBCC asks the Court to deny Plaintiff's Motion for Preliminary Injunction that would reverse South Carolina's steps toward protecting teens.

**MURPHY & GRANTLAND, P.A.**

s/ *Jay Thompson*
Jay Thompson, Fed. ID 9846
Diana August, Fed. ID 13919
Katherine Kristinik, Fed. ID 14368
4406-B Forest Drive (29206)
P.O. Box 6648
Columbia, South Carolina 29260
Tel: (803) 782-4100
jay.thompson@murphygrantland.com
dmaugust@murphygrantland.com
kkristinik@murphygrantland.com

Columbia, South Carolina

April 30, 2026