**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| NETCHOICE,<br>*Plaintiff*,<br>v.<br>ALAN WILSON, in his official capacity as the South Carolina Attorney General,<br>*Defendant*. | Civil Action No. 3:26-cv-00543 |

**NOTICE OF CORRECTED DECLARATION OF DENISE PAOLUCCI IN SUPPORT OF PLAINTIFF NETCHOICE'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff NetChoice respectfully submits the accompanying Corrected Declaration of Denise Paolucci in support of its Motion for Preliminary Injunction, ECF 22, to replace the original Paolucci Declaration docketed at ECF 22-4. Ms. Paolucci recently reviewed her declaration and identified two minor errors. The first (in paragraphs 65 and 105) relates to the number of South Carolina users with registered birthdates reflecting they are under the age of 18. The original declaration reported certain numbers for North Carolina, not South Carolina (where the number is even lower). The second error (in paragraph 62, footnote 1) miscited the source of a Dreamwidth post relating to settings and cognitive burden. Both errors have been corrected. Plaintiff has attached a clean, corrected declaration and a redline identifying these changes.

Dated: August 13, 2026

Respectfully submitted,

/s/ Lucy Dinkins
Lucy Dinkins (Fed I.D. # 11961)
James H. May (Fed I.D. # 11355)
Kathleen M. Stoughton (Fed I.D. # 12161)
WYCHE, P.A.
807 Gervais Street, Suite 301
Columbia, SC 29201
Telephone: (803) 254-6542
Facsimile: (803) 254-6544
jmay@wyche.com
ldinkins@wyche.com
kstoughton@wyche.com

Serena M. Orloff*
Jeremy E. Maltz*
Jonathan E. DeWitt*
LEHOTSKY COHN LLP
200 Massachusetts Avenue, NW,
Suite 700
Washington, DC 20001
Telephone: (512) 693-8350
serena@lkcfirm.com
jeremy@lkcfirm.com
jdewitt@lkcfirm.com

Joshua P. Morrow*
LEHOTSKY KELLER COHN LLP
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
Telephone: (512) 693-8350
josh@lkcfirm.com

*admitted *pro hac vice*